United States District Court
Southern District of Texas
**ENTERED**
May 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DAVID ALLEN HAVERKAMP; aka BOBBIE LEE HAVERKAMP, §§§§ Plaintiffs, § VS. § JOSEPH PENN, *et al*, §§§§ Defendants. | CIVIL ACTION NO. 2:17-CV-18 |

# ORDER VACATING STAY AND SETTING DEADLINES

The stay issued in this case on August 24, 2017 (D.E. 60), is vacated because the *Gibson* case has been decided by the Fifth Circuit, *Gibson v. Collier*, No. 16-51146, ___ F.3d ___, (5th Cir. March 29, 2019). Plaintiff's remaining claims were not decided in the *Gibson* case. All Defendants who have not filed their answer or responsive pleading shall file their answer or other responsive pleading on or before June 13, 2019. Upon the filing of a responsive pleading, an order setting deadlines will be entered.

ORDERED this 23rd day of May, 2019.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

1 / 1