United States District Court
Southern District of Texas
Corpus Christi Division

| | |
|---|---|
| David Haverkamp<br>Plaintiff | |
| vs. | Civil Action<br>7:17-CV-18 |
| University of Texas<br>CMHC Committe<br>Defendants | |

Plaintiffs Response to Order Construing Plaintiff's Filings as Objections.

To the Honorable Judge of Said Court.

The above Plaintiff files a response to the Court order construing Plantiff's filings as objections.

I'll take this by the numbers so nothing gets lost.

1) The Court has me over a barrel, the Defendants attorneys and the Clerk trade E-mails back and forth all day and know what number the Court put to the objections.

1. cont.

Where's the Plaintiff, in the dark.

Now what, who, when is this D.E. 111, 112 — good question and fair. I've ask for them pages with them little numbers to be sent to me but it don't happen.

Judge, you know what DE 111, 112 is, I don't.

#2 Now if 111, 112 is that "Significant Relief" there no sences in us re-hashing this. The Plaintiff and the Bench are eye to eye and no ones Blocking.

#3. Yous hitting on all cyclinders construing these filings as objectives. The worse thing you can do is see a violation that would be wrong under one theory of law but correct under another, but do nothing. That's a lie.

I've been in combat, the preist gave everyone Absotion for Their Sins, when the sun came up it wasn't a day for lies. When the battle was over, there were more caustaty than the wounded solabes, Combat nurses were completely busn out with the 1000 yard Stare.

4) I'm concerned over this Sex-Reassignent surgery A/K/A "SRS". I filed a Motion under Rule 60 that is outright lie

and fraud was used in the 5th Circuit on SRS, and I presented evidence in 2020 that medical information that the defendants gave me in 2020 that SRS was Safe-Effective and works.

The University Law school of Virginia was dead wrong to send a 3rd year Law Student in front of the 5th Circuit Court to defend Ms Gibson.
Then to top it off, the student wasn't aware the medical information was 50 years old, out-dated and there was more advanced information about SRS.
Them attorneys knew it was a lie, now,

Does these court order protect my turf on having a hearing about a material fact is SRS surgery Safe? or not?

This is material fact that has to be answer under any theory of Law.

I urge the Court to bring the States Attorney to argue the case that argued in the 5th Circuit. Ill go up against him on material fact, any time, any place, track conditions no promblem.
This isn't a day for lies — theirs too many people getting the 1000 yard stare.
So Prays the Plaintiff
Ms Belched  Feb 5, 2020

Feb 5, 2020.        Update on State Action

This is just a update only for information, no action required.

I filed the Breech of Contract — the State Clerk filed it as a Mandamus and it went in front of the Bench. The next day, I got legal mail and the 13th Court of Appeals very, very politly informed me they didn't have jurisdiction — had a nice memorandum to prove it.

I feel like a Baglady going thru the Texas Judical System trying to stuff it somewhere.

I plan to try the District Court and if it gets kicked back I'll file in Bankrupts Court — the Court of Last Resort.

So Prays the Plaintiff
Ms Bobbie