United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
FEB 18 2020
David J. Bradley, Clerk of Court

Bobbie David Haverkamp
Plaintiff

vs.

University of Texas
CMHC Committee

Civil Action 2:17-CV-18

Plaintiff's Withdrawal
of Courts DE 116 of Plaintiff

To the Honorable Judge of Said Court:

The Plaintiff formally withdraws her Final Motion, DE 116 from Court's consideration.

The Magistrate Bench issued on Jan 17, 2020 in the AM+R Dismissal with prejudice. The Plaintiff submitted "Significant Relief" that was by the 5th Circuit showing her Relief Asks for was the exact same, the Plaintiff expects the Magistrate Bench to acknowledge the Significant Relief — issue a ruling. Instead, it got circular filed and the AM+R shows no reflection on the changing circumstances in Civil Action 2:17-CV-18.

The Plaintiff submitted to the Magistrate Bench a memorandum that cleared up the misconception of cisgender females, also put forth to the Bench that the Defendants themselves treat gender Dysphoria with respect to cisgender females — what did I get, 'not a peep from

the Magistrates Bench.

The Handwritings on the wall, your not going to Budge on any evidence the Plaintiff submitts, nor will you give a opinion — You will change the motion to a objection, this kicks the can down the road.

I object — And I formally withdraw my Motion DE 116 from the Bench

DE 116 is withdrawn.

So Prays the Plaintiff

Ms Bobbee
Feb 13, 2020