IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, § | | |
| TDCJ #00702013, § | | |
| Plaintiff, § | | |
| § | CIVIL ACTION NO. 2:17-CV-00018 | |
| v. § | | |
| § | JURY DEMAND | |
| JOSEPH PENN, ET AL., § | | |
| Defendants. § | | |

## COUNSEL'S NOTICE OF LEAVE

Undersigned counsel for Defendant hereby gives notice to this Court that she will be on medical leave beginning on March 30, 2020. This leave is expected to last no later than May 15, 2020. The Texas Attorney General's Office will be monitoring this case in the interim and, should this Court so require, another Assistant Attorney General will be available to appear and address any issues that arise.

Respectfully Submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

SHANNA E. MOLINARE
Division Chief
Law Enforcement Defense Division

*/s/ Courtney Corbello*
COURTNEY CORBELLO
Assistant Attorney General
Texas State Bar No. 24097533

courtney.corbello@oag.texas.gov
Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109

**ATTORNEY FOR DEFENDANT**

**NOTICE OF ELECTRONIC FILING**

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files system of the United States District Court for the Eastern District of Texas, on March 23, 2020.

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and forgoing has been served via US Postal Service, postage prepaid, certified mail, return receipt requested, on March 23, 2020, addressed to:

David Allen Haverkamp, TDCJ #00702013
Stile Unit
3060 FM 3514
Beaumont, Texas 77706
***Appearing Pro Se***

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General