UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP; aka HAVERKAMP, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-18 |
| | § | |
| JOSEPH PENN, *et al*, | § § | |
| Defendants. | § | |

## ORDER SETTING DEADLINES

The following deadlines are set:

1. Discovery ends **Friday, September 4, 2020**.

2. Expert witnesses must be designated by **Friday, July 3, 2020**. For any expert designated, a report in compliance with FED. R. CIV. P. 26(a)(2)(B) must accompany the designation. Responsive experts are due twenty days prior to the close of discovery.

3. Dispositive motions shall be filed on or before **Friday, September 4, 2020**. Responses to dispositive motions are due thirty days after the filing of the opposing party's dispositive motion.

4. Leave of court is required to amend pleadings or to join additional parties. Any motion to amend pleadings or add parties must be filed on or before **Friday, May 8, 2020**. Any motion to amend pleadings or add parties must include as an attachment the complete proposed amended pleading.

ORDERED this 3rd day of April, 2020.

_____
Julie K. Hampton
United States Magistrate Judge