# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID HAVERKAMP, | § | |
| TDCJ NO. 00702013, | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. 2:17-CV-00018 |
| v. | § | |
| | § | Jury Demand |
| JOSEPH PENN, *et al.*, | § | |
|     Defendants, | § | |

## Defendants Penn, Murray, Jumper, Hudson, and Mills' Notice of Co-Counsel

Assistant Attorney General ("AAG") Briana M. Webb, files this her notice of appearance as co-counsel on behalf of Defendants Joseph Penn, Owen Murray, Cynthia Jumper, F. Parker Hudson, and John Mills. Defendants respectfully request that the Court's records reflect her representation as co-counsel. AAG Courtney Corbello remains the lead attorney-in-charge for the above-named Defendants. AAG Briana M. Webb requests that all future correspondence continue to be sent to the address listed below.

    Respectfully Submitted,

    **KEN PAXTON**
    Attorney General of Texas

    **JEFFREY C. MATEER**
    First Assistant Attorney General

    **DARREN L. MCCARTY**
    Deputy Attorney General for Civil Litigation

    **SHANNA E. MOLINARE**
    Assistant Attorney General
    Chief, Law Enforcement Defense Division

/s/ Briana M. Webb
**BRIANA M. WEBB**
Assistant Attorney General
Texas State Bar No. 24077883

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 370-9814 (Fax)
Briana.Webb@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Briana M. Webb, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above has been served via electronic service to all counsel of record.

/s/ Briana M. Webb
**BRIANA M. WEBB**
Assistant Attorney General