UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP; aka HAVERKAMP, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-18 |
| | § | |
| JOSEPH PENN, *et al*, | § § | |
| Defendants. | § § | |

## ORDER DENYING PENDING MOTIONS AS MOOT

The undersigned entered Orders on February 4 and 10, 2020 (D.E. 115, 117), construing two motions filed by Plaintiff (D.E. 114, 116) as objections to the findings and conclusions set forth in the Memorandum and Recommendation (M&R) issued on November 19, 2019 (D.E. 99). Senior District Judge Hilda G. Tagle considered these objections when declining to adopt the M&R. (D.E. 123). Accordingly, Plaintiff's motions to withdraw the objections (D.E. 120, 121) are **DENIED** as MOOT.

ORDERED this 7th day of April, 2020.

_____
Julie K. Hampton
United States Magistrate Judge