UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP; aka HAVERKAMP, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-18 |
| | § | |
| JOSEPH PENN, *et al*, | § § | |
| Defendants. | § | |

## **ORDER**

Defendants joint motion to substitute parties (D.E. 127) pursuant to FED. R. CIV. P 25(d) is **GRANTED**.

Rodney Burrow, Preston Johnson, Jr., Philip Keiser, John Burruss, Erin Wyrick, Jeffrey Beeson and Dee Budgewater are **ORDERED** to be substituted as defendants for Owen Murray, John Mills, Ben Raimer, Margarita de la Garza-Grahm, Harold Berenzweig, Elizabeth Ann Linder, and Mary Annette Gary.

The newly substituted Defendants shall answer or otherwise respond to Plaintiff's claims **no later than Monday, May 18, 2020**.

The claims against Defendants Ben Raimer, Owen Murray, John Mills, Margarita de la Garza-Grahm, Harold Berenzweig, Elizabeth Ann Linder, Tamela Griffin and Mary Annette Gary are **DISMISSED**.

The claim against Defendant Dr. Joseph Penn will be addressed in a separate Memorandum and Recommendation for the District Court's consideration.

ORDERED this 17th day of April, 2020.

_____
Julie K. Hampton
United States Magistrate Judge