In the United States District Court
For the Southern District of Texas
Corpus Christi Division

| | |
|---|---|
| Bobbie David HaverKamp<br>#702013<br>Plaintiff<br><br>vs<br><br>Dr. Joseph Penn, et at | Civil Action<br>2:17-CU-18<br><br>United States Courts<br>Southern District of Texas<br>FILED<br><br>APR 2 0 2020<br><br>David J. Bradley, Clerk of Court |

Motion to add to the Pleadings
to Clarify Civil Action 2:17-CU-18

Party, The Plaintiff request leave of the Court to
file an amended pleading for Clarify of
Civil Action in Significant Relief and Sex
Reassignment Surgery

1) Plaintiff's name is: Bobbie Lee HaverKamp

2) Defendents name is: Correctional Manage
Health Care Committe

3) Defendents have not filed a answer in Civil
Action 2:17-CU-18

4) The Court is real familiar with the history of Civil action 7:17-cv-18

Arguement

5) Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading Foman-v-Davis 371 U.S 178, 182, 83 St. Ct 227, 230 Leave to amend should be freely given when justice so requires. Fed R. C. P. 015a.

6) The Court should allow for the amended pleading filing of the Plaintiff due to the fact the pleading will go far to add clarification.

7) The Defendants will not be prejudice by the Plaintiffs Pleading due the time for pleading has not started.

8) Plaintiff is filing its Amending Pleading along with this motion

C
Conclusion

9) For these reasons, Plaintiff ask the Court to grant leave to file these Amended pleadings

So Prays the Plaintiff

Ms Bobbie Lee Haverkamp
4-15-20