UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

BOBBIE DAVID HAVERKAMP
PLAINTIFF

United States Courts
Southern District of Texas
FILED

APR 20 2020

David J. Bradley, Clerk of Court

US.

Civil Action 2:17-CV-18

Dr. MARGARITA de la GARZA-GRAHAM
Dr CYNTHIA JUMPER
Dr. BEN RAIMER
Dr LAWNETTE LINTHICUM
Dr F. PARKER HUDSON
DO JOHN MILLS
Ms TAMELA GRIFFIN
Dr HAROLD BERENZWEIG
Ms ELIZABETH ANN Linder
Ms MARY ANNETTE
Dr MURRAY
Dr. Joseph Penn
DEFENDANTS

AMEND PLEADINGS per Court Order
Document NUMBER 124 (1 page), Notice Number
20200403-71

Your Honor, who is this person. She showed
up in your motion to dismiss. I've never
heard of her till now.

1

To the Honorable Judge of said Coast,
Now Comes,
Bobbie David Haverkamp, # 702013 A/K/A
the Plaintiff and submits an amended complaint
in Civil Action 2:17-CV-18 with motion to
Amend. The attachment is the complete
proposed amended pleading. The Amended
complaint is filed before Friday, May 8.

## Jurisdiction

The Corpus Christi Division has jurisdiction
over the suit due to All events happen in
the Corpus Division.

There is a open question of jurisdiction
that the defendants have raised but the Court
side-step the issue by moving into a Motion
to dismiss the Plaintiff's claim for failure to
State a Claim with prejudice.

The Plaintiff has been in the Corpus
Division since Jan 2017 and the jurisdiction
questions pops up all the time but it's
Really a question between the Defendants
And the Corpus Bench.
The Plaintiff will let the Argument
of Jarisdiction be Among the Defendants
and the Court.

The Court should be aware the Plaintiff
can Argue this issue of Gender Dysporia in
any Court, any time, weather No promblem
track conditions no big deal.
②

## Gate Keeper

This Amended complaint is my third pass thru The gate Keeper, The issue of Gender Dysporia is complex and the Plaintiff does not feel the Court will Assume all material facts contained in the complaint are true under the Davis/Monroe standards (119 S. Ct 1661), so the Plaintiff's Civil Action hangs by a thread, a very slender thread at that.

The Plaintiff feels the Court blindsided Civil Action 2:17-cv-18 with the Ashcroft/Igbal standard: (129 S Ct 1937, 1949) The Plaintiff will operate under the Ashcroft Igbal standard to present the Amended pleadings

## Ashcroft/Igbal Standard
### 129 S Ct 1937, 1949

The Plaintiff will quote some law to establish the Plaintiff's position but basicly will leave law up to the Court — you learned it, study it, so basily yours whole life is LAW.

The Ashcroft/Igbal Standard is sort of a goofy standard, the Plaintiff presents what has happen and the Court Accepts the Plaintiff Explanation, then turns to the State And says to the State — What's up, what's your explanation?

③

If there is an explanation of what happen to you that seems more plausible to the Court than what the Plaintiff alleges, then the Plaintiff's allegations are not plausible and the complaint does not state a claim.

The States alternate explanation must be so overwhelming that the Plaintiff's claims no longer seem plausible. See Rule 8 of F.R.C.P.

The Plaintiff has mixed feelings, Ashcroft, supra sort of throws us back to the Wild West Days where everyone stood before the Circuit Judge to explain their position.

The Supreme Court in Bell Atlantic ruled each element of the claim must meet the plausibility standard; stating, "a claim requires a complaint with enough factual matters (taken as true) to suggest the required element. This does not impose a probability requirement at the pleading stage; but instead simple calls for enough facts to raise a reasonable expectation that discovery will reveal evidence of the necessary element. The complaint must give the Court reason to believe that the Plaintiff has a reasonable likelihood of mustering enough factual support for these's claims.

④

## UTMB's Computer

Your Honor, I'm going to bring up the UTMB's computers to bring you abreast of what is going on.

Lets go back to that Texas 5th Circuit Case — Gibson-v-Colliers, go to page 41 — Top of the page "Conflicting medical opinions . . . . . . . (At oral Arguement, neither party was aware of this Evidence.

Your Honor, you want to explain to the Plaintiff why Gibsons Attorney was not aware that a Doctor evaluated Gibson for a referral for sex change operation?

This sent red flags up every where, I went to Galveston and had the Gender Nurse pull up my files. Guess what, theres a Computer Lock on my medical files by Defendent Dr. Murry-

The Genuine Issue of Fact for this court, is the following in these medical files?-

In Document 62, filed in TXSD on 10/05/17 page 12 of 37, Case 2:17-cv-18

Oct 17, 2014 . . . Plaintiff was re-examined and Evaluated a second time by Dr. Walter Meyer, a Gender Identity Doctor and Psy Doctor.

- Dr. Meyer had a Nurse Hicks from Texas Tech Acted As a liasion agent

- Dr. Meyers told the Plaintiff after 12 months on hormones he would recommend surgery for Gender reassignment surgery.

- _____ report continues.

Your Honor, if these medical files have been messed with, we got a promblem. The Court has 40 letters clive wrote to Dr. Penn, to Dr. Walter Meyers, Defendant Lemetta Lewithaum and these letters establish cl was being prepared for SRS (Sex Reassignment surgery)
They better be in the medical files.

cl Know for fact that Dr. Meyers received his because he showed me his folder they were in.

The Court needs to be aware that Dr. Meyers was brought to Galveston on loan to do the evaluation.___ Dr. Myers was not allowed to enter on UTMB computer, someone else did the entering.

⑥

The Court can get a feel for what was going on in the letters from 20 of 117 thru 110 of 117 Document 2 Filed 01/13/17.

I've enclosed I-60 about this stuff, it shows the Defendants were well aware of this Gender Surgery.

The I-60's are now apart of Civil Action 2:17-CV-18 ___ Note to Clerk - These are orginals and can't be replaced, they may be UTMB's computers but they may not be.

QC- Trans Pride In five

...sh...sistance.

ne Therapy is to experience changes which are reversible
...e Form
...e to see my treatment plan for GID including the
...sgery after 12 months an hormones as stated in the SOC
...ich my elibility date is Nov 1, 2015
...s I have wrote about an orchiectomy for the benifit
of hos...s adjustment and partial amelioration for ...nder dysphoria
what has happen to this treatment plan, has it been processed?
Any help that would define a Surgery Date in the near future well be a plus, looking/Awaiting your answer

Name: Bobbie David HAVERKAMP    No: 702013    Unit: M/C
Living Quarters: 4 D12 - 15B    Work Assignment: Garment Factory

**DISPOSITION:** (Inmate will not write in this space)

Schedule P... G...ankure 7/24/15 ...    JUL 24 2015

My notes : I saw Dr Kwartewg on Aug 4, 2015 — The clinic notes indicate we never covered this.

☆I-60 (Rev. 11-90)

⑦

R. Long 10-19-15

**K. LONG**
**Practice Manager**

Oct 5, 2015

To Mc Connell Practic Manger
Mc Connell Unit

Hi,
① Dr Meyers GID Doctor in his notes, made notes I requested a Orchietomy, Sept 15, 2015 visit

② Will I be sch to see Urology in Galveston?

Please await outcome of Any help will be appreated formal grievance

Bobbie Haverkamp

Copy to Travis-Pic. Let Institution ②

---

**SUBJECT:** State briefly the problem on which you desire assistance.

Here's the promblem ° Today is July 27, 2015 @ 4:29 pm And I have been informed UTMB is out of my Estrogen — OK, then this means I will miss the A.M Dose on July 28, 2015, So I am out 4 pills — The Body does not store Estrogen.
What is the procedure to make up the miss dosage?

Side Note ° I am treating this as a promblem Anybody can have, it doser't happen often — But I am in a New Phase And it's important it stays regular.

Name: Bobbie Dovd Haverkamp    No: 702013    Unit: M/L

Living Quarters: 4D12-15B    Work Assignment: Garment Factory

**DISPOSITION:** (Inmate will not write in this space)

COPY

☆I-60 (Rev. 11-90)    ⑧

**SUBJECT:** *State briefly the problem on which you desire assistance.*

① On Policy 51.11 there was a revision to Policy 51.11 New page 1 of 1 Dated Aug 2015. This is a one page policy — What standard of Care is this Policy now under? I need the references of where this policy came from.

② The Policy references the Medical Director (University) will be directly responsible to the Division Director for Health Services

③ Who is the Division Director for Health Services — its not in the Law Library I checked.

Name: Haverkamp Bobbie David     2013     Unit: M/L

Living Quarters: Agg Seg A-Pod     Assignment: Garment Factory

**DISPOSITION:** (Inmate will not write in this space)

This is not a SCR request.

T. Bennett, NP

01/05/2016

JAN 0 5 2015

12 A 125

☆I-60 (Rev. 11-90)

---

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Hi, When I go to Galveston to see the Endocrgist, my breast are examine and measured. Also growth of Breast Tissue and testicle size is measured. I also get counseling on the testrone promblems I am having. On March 28, 2015, I formally requested orchiectomy for the benifit of hormone adjustment. What has been taking place has not a roller coster ride But more of a "Flash Card Ride". My Estrogen is fine but its the swapping of the testrone thats the Promblem. As the Practic Manager will you measure Breast growth and testical size — Also, the Endocrongist in Galveston discuss Orchiectomy surgery, which is just a "Daytrip" — Will you start the Process   Copy: Trans. Prule.

Name: Bobbie David Haverkamp     No: 02013     Unit: M/L

Living Quarters: 4D12-15B     Work Assignment: Garment Factory

**DISPOSITION:** (Inmate will not write in this space)

The provider has medical authority over these requests. Practice Managers do not have a medical license. Any medical issues should be addressed with provider at time of visit.

R. Romire, PM 7-2875

☆I-60 (Rev. 11-90)

Ms Alexzander — in the Standard of Care of the World
Professional Association for Transgender Health on page 26
#5 If Applicable, Assess Eligibty, Prepare, and Refer for Surgery.
It says Mental Health Professionals can help clients who are
considering surgery to be Both psychologically prepare and
practically prepared.
I am at the point where I've Been 12 months on Hormones
before Surgery — whats the Psy Dept role now? Do we have
Any films or what? I am very much considering Surgery need to be prepared.
Oh — on October, I start my 4th Year at this. It's time for a cure.

Name: Haverkamp Bobbie David   No: 702013   Unit: M/L

Living Quarters: 3C - 64B   Work Assignment: Garnet Factory

DISPOSITION: (Inmate will not write in this space)

My inmate wrote
Dr. Penn
on Sept 25, 2015 he
Inmate said he be
was depicted conditions
tells about GID

9/21/15

J Carlisl, MHC

☆I-60 (Rev. 11-

---

MAY 31, 2016   From: Ms Bobbie:

To Safe Prisons: Sgt Moyers, there is nothing in
that allows you to pu ...cg
when I haven't ask for it. Your moved.
Dorms Based on Showers policy, would your moving me
to the H-Pod Safe Keeping Based on "What actual threat"?
① A imaginary threat won't ma   when
I've been in G.P for 5 years.
② I don't have a Bra   and under.
no excuse
③ In other words I feel all Your
Segregating Me more + more, No Job, on the B-Side
where the guards talk at You and in the Craftshop
going to let transgenders have their own space

In your report, Mr. McDowell Todd Does you, There Are now 38 transgenders (Before I was the only one). The Bridge we are crossing is Housing for Transgenders. I am 2 years ahead of everyone And Safe Prisons (our guardian) has no ideal on housing. We are in General Population, but as we take Hormones and they are increased, noticeable changes occur. We need a "trip wire" that Safe Prisons can use to take a second look at our housing. Right now I am headed for Safe Keeping, I'm going to protest because there's no credible threat AND it should be my choice with counseling from "By". My trip wire was the June meeting, here we were going to discuss with a surgeon surgery, changing and doing the shots — which I am more than ready for, this 2AM is for the Birds.

The next housing and work, Safe-Keeping is segregation deluxe But now work. I work in the Garment Factory, Any problems of not going to work Because of Safe Keeping screams of descrimination. And I will file. End of Story

**SUBJECT:** State briefly the problem on which you desire assistance. Formal I-60

① I need to get a firm confirmation about Gender Reassignment Surgery — Dr. Myer said he wanted us on 5mg Hormone shots for a year before recommend for Gender Reassignment Surgery.

② Before this its I went you on 5mg/Pills for a year — we switch to shots, he said it was the same as 5mg of shots And I was 3 months into the 12 month requirement. I'll complete this in N000-2016

Dr. Joseph, I want to know what the requirement is. I want you to tell me. There's too much confusion coming out of the GID clinic

Name: HawiLamp McBobbie David  No: 702013  Unit: ___

Living Quarters: Seg A-3  Work Assignment: ___

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

⑪

**SUBJECT:** State briefly the problem on which you desire assistance

Dr K— Hi, I'm Back from the Gew. Clinic in Galveston. — OK, we need to review the Blood work. My Estrogen level is 50 and testrone level is 20. The Gender Doctors said I had to be on these levels for 12 months Before Surgery And I had 3 months done, so 9 more months then reassignment surgery. Also, in 90 days he's switching me to Hormone Shots.

    Q. How often do I get Hormone Shots? What dozage?

    Q. When do you start me on Eletrolist, down there? where you use Electrical current to zap the Hair.

Also, Breast Tissue growth is coming along nicely — Say any word on the Bra's — or is the world really Flat and they fell off?

Name: Haverkamp Bobbie David         Unit: ML

Living Quarters:    Ag Seg A-64

**DISPOSITION:** (Inmate will not write in this space)

PSC— 03/14/16   0700       MAR 1 4 2016

**Irene B. Cussins RN, BSN**

☆I-60 (Rev. 11-90)

---

Now what the point? first UTMB computer may have been messed with, second all the letters to the Defendand may not be in the computer but the Court has enough Medical I-60 that breech the subject matter of SRS surgery and they got date stamps)

The other main point is under G.11/Reed, 381 F3d 649, 660 (70 irant) the Plaintiff may rely on his treating phyicians to establish the standard of care, even if those physicians are agents of defendents.

Your Honor, lets move on, we will pick up Gill/Reed in a moment, right now I got a bone to pick with you over Equal Protection.

## Equal Protection

Your ruling that moved to dismiss Civil Action 2:17-CV-18 was based on the fact the Plaintiff is not similarly situated to cisgender female inmates. And I sought different types of medical procedures and therapy compared to procedures and related therapy for cisgender inmates, and such differences are due to the fact that the Plaintiff as a biological male, does not have a vagina while a cisgender female does.

Your Honor, your off base, missed the target.

I, the Plaintiff, did not go to the feminine side of the ledger, the feminine side cross over to the masculine side and set up camp.

The Defendants hired Dr. Meyers to examine me, the Defendants approved

Dr. Meyers right to prescribe and he prescribe SRS sugery after 12 months on hormones.

The Defendants hered Ms Alexzander to give me counseling as a woman she recongize me to be. The peness never enter the picture. The Plantiff was counsel on Kissing, companship, marriage, sex, the give and take in male/Female relationship. After 18 months of counseling, there's not much Ms Alexander didn't cover except is it proper to Kiss a man with gum in your mouth.

The Defendants compare my devoepment to a cisgender woman, the Defendants recongize me as woman.

So, when you decide against me using Equal Protection giving the Defendants a way out, not recongizing that Gill/Reed said I may rely on my treating phyiciaws to establish the standard of care, even if those physiciaws are agents of the Defendants.

The Defendants are refusing to accept responsibilty that the standard of care for the Plaintiff was to provide SRS sugery.

So against my will the Defendants have turn me into a eunuch.

14

Your Honor — you've study law, the script in front of a jury will go like this.

Counsel for the Plaintiff: Ladies and gentlemen of the jury. The CMHC committee is composed of 10 men and women who are not medical people and a expert in Gender Dysporia. They hired Dr. Myers to prescribe treatment to the Plaintiff, which Dr. Myers did, the Plaintiff expected SRS surgery after 12 months on hormones.

The CMHC committee pulled Dr. Myers right to prescribe, would not honor SRS surgery thus turning the Plaintiff into a eunuch.

Counsel for the Plaintiff to the District Judge:

Your Honor, please have the Defendants deposit their rings, jewelery, Bonds, Cash on Hand, 401K Plans, retirement funds, Oversea Bonds and Stocks as they leave out the front Door.

I'm feeling generous today, they can keep their shirts on their Back, but leave their car Keys.

Your Honor, this is a genuine disputed issue of material fact, Does the CMHC committee have a right to turn me into a eunuch against my will. Let a jury decide.

15

Legal Claim # 1

Legal Claim # 16

Your Honor, everyone has bought into the illusion that the CMHC committe is treating the Transgender, if you buy into this yours not fully on point. The Defendants are treating the Heterosexual male that shows symtoms of Gender Dysporia. The Defendants operate under the Maggert-v-Hawks standard that prisoners are entitled to minimal medical care. (131 F3d 670, 671-72, 7th Circuit 1997), hence yours only provided hormones and a sports bra.

Dr. Meyers bought into the illusion too, he came into Galveston Hospital with the thenking he was treating under the World Professional Association for Transgender Health A/K/A WPATH and he followed the guidelenes for Transgender Health care under these guidelines.

The CMHC committe quickly brought hem in the stark realety that the Defendants are operating under minimal care only and thats a sports Bra and Hormones.

17

They also shut Ms Alexzander and Ms. Bennits up — this is all in my letters, so its not new evidence.

I am too far into the pipeline, also Texas Prisons have me listed as a Transgender inmate, they treat me as being very, very femunne and take measures to protect my safety under PREA Guidelines.

The Legal Bench brings up the question am I being treated different from other trans-gender inmates, your honor this is a trick question.
The legal arguement has material into does the actions of the Defendants provide the Plaintiff and other transgenders with a significant measure of relief.

Surely, the Plaintiff's and the Defendants can agree that Hormones and a Bra are certainly not significant measures of relief.
Say, this is a question of material fact and a jury needs to decide this question.

In front of a jury lets present this:

18

The Defendents say a Bra and Hormones
is all they have to provide under Maggert/
Hawks supra, its minimal care and
significant relief is of no consideration.

The Plaintiff says to provide significant
relief the Transgender must be provided
with Hormones, electrolysis, feminine clothing
and accessories and Health services.
    The Plaintiff operates under Gibson/Collier
supra that Adopted Koselek, 774 F3d @ 68-96

                    o  o  o

    Your Honor in keeping with the Ashcroft/
Iqbal supra standard its my explanation and
its a plausible question for the Bench to
answer — there's really no law just material
fact. If your not allowed to decide, then to
a Jury we go.

              Lets take a Break

    Your Honor, I need to present some
evidence to the Court to round out this
significant relief question.

                    19

Your Honor, I do not look on the CMHC committee as evil people or bad people, they are really good people but are stupid.

Its the lack of being able to absorb new ideas? that is tripping me up. Sure they operate under TDCJ prison system And use TDCJ like a whipping boy saying "Oh, they won't let us do this Significant Relief."

Your Honor, that's not correct.

Here's the policy on Long Hair — part of significant relief for Transgenders, I'll do this by the numbers so nothing is lost.

<u>Defendants Discrimate by Sex-Steotyping the Plaintiff</u>

1) The Defendants sex-steotype the Plaintiff for not providing a Medical Pass for the Plaintiff to grow her hair to shoulders length.

2) Local Medical providers when ask for such a pass, in accordance to Non-Invasive treatments approved by the 5th Circuit in Gibons/Collier supra claim TDCJ wont let them.

20

3. However TDCJ grooming standards

## AD-03.83

Allows for full length to shoulder hair due to documented Medical or religious exceptions.

Your Honor, that's the policy for TDCJ, real simple.

4) TDCJ presently allows enmates of the "SeihK" religions or American Indians to wear long hair.

5) TDCJ has no policy, nor custom that denies long hair for medical or religious.

6) We have just examined TDCJ Policy and found no instance where "Long Hair to Shoulders are being denied by TDCJ in Accordance to Significant Relief under the 5th Circuit Rulings,

7) Now lets examine the Defendants medical policy:

8.                   CMHC - A - 08.8 Policy

"A health care provider may order a medical pass for any offender with medical needs that cannot be met without special accommodations. Such passes are to be based strickly on medical needs and should not alter or interfere with security operations except as absolutly necessary for the patients health and safety.

9) The Court can plainly see that, although the policy allows it yet the Plaintiff is discriminated and sex- sterotyping because of the dennial of the Significant Relief by the Defendants against their own policy.

10) Therefore, if the Defendants cannot provide the Courts with a specific directive from TDCJ, or a specific individual directive who/or Acted, or printed a directive that is contrary to codified Medical Policy A-08.8 is doing one of three things:

22

1) either lying to the Courts by claiming TDCJ won't let us issue long hair passes

or

2) they are impinging on the Plaintiff's Constitutional Rights of their own accord.

or

3) there is collusion between TDCJ and UTMB for joint impinging without due process.

There is no significant governmental issues pretaining to the denial of non-invasive treatment for Gender Dysporia, nor any governmental issues pretaining to the issue of a long hair pass to shoulder length, not to issue these passes, discriminates against the Plaintiff as a transgender for having Gender Dysporia and sex-stereotypes her to be male, look male, act male.

23

Your Honor, I have a Doctor's Degree
in Thology I am not Allowed to bring suit
against anyone for the sole purpose of
money, when you do that its wrong. Yet
the party responsible has to take on
responsibility to provide relief such as the
Defendants in medical care.

The Defendants continue relience
on Maggert/Hanks standard that Transgenders
prisoners are entitled to menemal
medical care, serious thelogical questions
are raised.

The following page is the direct
result of Maggert/Hanks, it is not
pretty and it real.

24



All TDCJ
r your state
epresentive
r an advocacy
oup to help
☐ change
olicy and
ave
ax dollars!

Unit Beaumont Tx.

accurate
depiction of my tattoos, I
only have a state issued spor
bra on. The body build is clo
as a severe sufferer of
Gender Dysphoria I obsses
uncontrolably over the
removal of my genitals. o
numerous ocassions I i.
attempted self castratio
and a partial penile
amputation. I write t
and drew this pictur
to bring to light the n
suffering some of us tr
women must endure. Th
window-dressing policy of :
(non)-treatment TDCJ offers
is insufficient, to leave u
suffering and severly distre
distressed. If the TDCJ
would allow us to have
access to gender-related ite
at our exspense from commiss
and allow us to grow hai.
like they do at womens
facilities this would help
alleviate the symptoms of
G.D. Instead TDCJ wou
rather keep archaic polici
in place and spend Tax paye
dollars to enforce policy th
is against the treatment the
Doctors order. So here
a Recap. Treatment be ☐
allowed at offenders
exspense. Stops TDCJ fro
paying attorneys fees fro.
Tax dollars and incur mo
medical bills to fix th
mutilation the symptoms
GD cause and stop the
wanton suffering of
us TRANS woman.
    So does TDCJ's curr
policies and archaic
bigoted discrimination
make self castration an
penile Amputation
**INEVITABLE?**

Page 25
L

AFFADAVIT FROM S.K. VINSON #1595965

TO THE HONORABLE JUDGE OF SAID COURT:
MY NAME IS SELENE KELLY VINSON, AKA SHAWN KELLY VINSON. I AM A TRANSGENDER
WOMAN ASSIGNED TO THE MARK W. STILES UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL
JUSTICE-INSTITUTIONAL DIVISION.

I AM DIAGNOSED WITH GENDER DYSPHORIA AND AM IN SOME SIGNIFICANT RELIEF THAT
IS DESCRIBED BY THE FIFTH CIRCUIT COURT IN GIBSON V.COLLIER SUPRA. NOT ONE
TIME HAS THE DEFENDANT PROVIDED ME WITH SIGNIFICANT RELIEF.

HERE IS A BRIEF SYNOPSIS of  MY MEDICAL XXXX HISTORY AND 'HOW' THE
DEFENDANTS DENIED ME ANY SIGNIFICANT TREATMENT TO RELIEVE THE SYMPTOMS OF
MY SEVERE GENDER DYSPHORIA. SUBSEQUENTLY THIS HAS LEAD TO,AND DOES LEAD TO
DEBILITATING DISTRESS, MENTAL TORTURE, SUICIDAL IDEATION, DESTRUCTION AND
XXXX CONSIDERABLE DAMAGE viaGENITAL MUTILATION.
THESE PROBLEMS CAN AND ARE PREVENTITIVE WHEN GIVEN MEANINGFUL AND
SIGNIFICANT RELIEF! THE LEVEL OF SAID RELIEF ADOPTED BY THE FIFTH CIRCUIT.
I HAVE PREVIUOSLY SEVERED MY PENIS, EXCISED 2.5 cm OF SKIN FROM MY
PENIS, EXCISED QUARTER SIZED CHUNKS OF MY SCROTAL SACK AND DISCARDED THEM.
I HAVE ON ONE OCCASION ATTEMPTED SUICIDE WHICH WAS CAUSED BY THE DISTRESS
OF FORCED MACULINITY BY THE DEFENDENTS.
ALTHOUGH DEFENDENTS HAVE ACKNOWLEDGED THE NEED FOR RELIEF AND  ARE
ALSO AWARE THAT SIGNIFICANT RELIEF CAN BE OBTAINED BY THE AFOREMENTIONED
NON-INVASIVE THERAPIES, DEFENDENTS PERSIST TO DENY AT ANY AND ALL LEVELS
THESE PROVEN SIGNIFICANT RELIEF THERAPIES, AND GENDER AFFIRMING TREATMENTS XXXX
TO ALLEVIATE THE PREVIOUSLY MENTIONED SYMPTOMS OF MY SEVERE GENDER DYSPHORIA.


I SELENE KELLY VINSON, AKA, SHAWN KELLY VINSON DO HEREBY ATTEST AND
SWEAR THE ABOVE AFFADAVIT IS TRUE AND CORRECT AND I FURTHER UNDERSTAND
UNDER THE PENALTY OF PERJURY I COULD BE PUNISHED FOR ANY THING I WRITE THAT
IS A LIE.

RESPECTFULLY, SUBMITTED

SELENE KELLY VINSON
AKA
SHAWN KELLY VINSON
TDCJ# 1595965
mark w. stiles unit

01-17-2020

Your Honor, let go back to that trick question you've asked:

       do the Plaintiff being treated different from other transgenders?

Plaintiff's Answer:

       No claim not, the Defendants do not provide no Transgenders any significant relief under the Gibson/Collier standard typea.

       The Court just examined Selene Affadavit and the horror that's is taken place under the Maggert/Hanks standard. The Defendants use this ruling to denie medical care and to increase profits.

       When the 5th Circut Adopted Kosilek supra, they are comparing how Massachesetts Trans-genders prisons are being treated with a Texas Transgenders Prisoners.

       Here's the example that will satify the Ashcroft/Iqbal standard of/for heighten pleading requirement and adds to the Plaintiff's plaisibility of Legal Claim #16

27

Texas Inmate Gibson Ask for Gender Reasignment surgery. Gibson/Collier supra

The Texas 5th Circuit ruled that Massachusetts Prisons were faced with two alternatives:

   1) Significant Relief in the form of hormones, electrolysis, feminine clothing and accessories, and mental health resources.
             or
   2) Sex reAssignment Surgery

   The Massachusetts 1st Circuit Adopted the Significant Relief and denied SRS due to the Medical firestrom in the Medical community.

   There's no point in the Plaintiff doing a rehash of Gibson/Colliers, but the fact remains that the 5th Circuit Adopted Kosileks 1st Circuit rulings of Significant relief and SRS Sergery. So, SRS surgery is possible under the 5th Circuit, if you can overcome SRS Surgery is a hot topic.

   Now under Maggert/Hanks the Defendants can offer only a Bra/Hormones, they are legal in a Court of Law.

28

The 5th Circuit with the adoption of Kosilek, the Court indroduce revolutionary concept of Law that when dealing with Transgender Health does the Defendants medical practices meet the standard of prudent professionals and both the SRS surgery and Significant Releif provude the Plaintiff with Significant measure of relief. Are they provideing it?

Legal Claim #16 is only about Significant Relief. I'm asking the court to focus only on non-invasive treatments for Gender Dysporia in Legal Claim #16

The 5th Circuit added to the CMHC committe Policy G-51.11 the fact the policy had to enclude hormones, electolyis, femenue clothing and accessories and mental health services.

Your Honor, UTMB Medical Contractors the Defendants have not adopted the WPATH Standards of Care for Transgenders. They got it in the Reference, but its only for public consumption. It looks good and in a persons mend the public will thenk its part of the G-51.11 policy but it isn't.

The Plaintiff brings to the Bench, she is being denied "Significant Relief" by the Defendants. The Defendants have failed to provide "Significant Relief" of electrolysis, feminine clothing and accessories and mental health services by not providing it to the Plaintiff.

The Plaintiff has satisfied the heighten pleading requirements of the Ashcroft/Iqbal Standard by providing the court with evidence that the 5th Circuit has defined what Significant Relief should be in regards to Transgender Health.

The Plaintiff has brought evidence that Transgenders in the 1st Circuit are being treated different from a Transgender in the 5th Circuit.

The Plaintiff has brought evidence the Defendants only provide Bra/Hormones that do not provide any significant Relief. The Defendants have muzzled the Gender Clinic Doctor that they may only prescribe Bra and Hormones, the Defendants take it on themselves to be Gender Doctors. The Defendants have no experience and are responsible for the short comings in Medical Care for Transgenders.

30

Your Honor, to settle this claim if the Defendants will furnish the Significant Relief as out line by the 5th Circuit and provide a list of what the relief will be the Plaintiff will enter into negations to settle this claim. We then can come before the Court to explain the settlement, this also gives the Court time to look every thing over And double ck to see if the Plaintiff understands what legal rights are involved.

So Prays the Plaintiff
Ms Bobbie David Haverkamp

Legal Claim #16

The Plaintiff feels she has satisfy the heighten Pleading requirement of Ashcroft/Iqbal. The Plaintiff's understanding is she doesn't have to threen Law at the Court only show facts that taken as true makes her claim plausible.

So understands the Plaintiff

Ms Bobbie

The States Alternate explanation must be so overwhelming that the Plaintiff claims no longer seem plausible — I expect to see facts.

Ms Bobbie

31

Legal Claim # 2/7

Your Honor, when presenting Legal Claims # 2 I would like to do us both a favor, with your approval — Lets skip all the medical defition of Gender Dysporia,

Lets get right to the heart and promblem of the 2nd Claim — Gender reassignment surgery.

We are still operating under Ashcroft/ Iqbal Standard, so I got to present to you what has happened and you got to Accept my explanation as true but Iqbal standardards says I got to present to you enough facts to raise a reasonable expection that discovery will reveal evedence of necessary element.

Your Honor when I do this your going to turn to the State and want their explanation. Now, I'm expecting the States alternate explanation to be so overwhelming that my claims no longer seem plausible.

Now, the Texas Attorney General Corbella and that Pickens Group is hersl to handle on legal procedures), there hit me with their legal whip a couble of times and it smarts.

Thes Iqbal Standards), by my understanding, is about facts not legal

33

maneuvering, The standard keeps everyone
real honest, it sort of changes the
landscape on failure to state a claim.

The promblem I see coming up, I'm
going to hit you with facts — the State
hits you facts. Both of us have competing
views..... These are facts, not law —, I
Whats the game plan then? If I'm all
facts, there's no law to decide — jury here
we come ??? Yours the Judge give me law.

## Legal Claim #17

The issue before the Court is the
Plaintiff was promise Sex Reassigment
Surgery AKA S.R.S. due the treatment
of Heterosexual Male, SRS is a viable
option for the treatment of Gender Dysporia.

The 5th Circuit with the adoption of
Kosilek, 774 F3d @ 68-69. reconyzed that
there are two treatments to Gender Dysporia

① The First is Significant Relief, which
we need not address due to its in Legal
Claim #16

then there is the Second Opition

of Sex Reassigment Surgery.

34

The Plaintiff says time has marched on and Medical Science has proven that SRS is effective and safe with the cornerstone of the Gibson/Collier, John Hopkins School of Medicine discovered new facts that proved SRS was safe and effective, and resumed SRS at John Hopkins School of Medicine.

The State when trying to quote John Hopkins views against SRS is rendered moot by the fact John Hopkins School of medicine resumed SRS and considered it safe and effective.

Your Honor, the State cannot in this instance borrow evidence, it has to present its own evidence — this is what the 5th Circuit said. So in keeping with the Iqbal Standard and the 5th Circuit, evidence SRS is unsafe has to be overwhelming to defeat the Plaintiff's claim in this area.

If the State trys to advance the argument that SRS is band in Texas that is not correct. The First Circuit made it quite clear that the denial of SRS in Kosilek's case was not meant to "create a de facto Ban against

35

SRS as a medical treatment for any incarcerated individual, as such any Blanket Policy regarding SRS "would conflict with the requirement that medical care be individualized based on a particular prisoners serious needs.

Your Honor, this dovetails right with the 5th Circuits view theres two options to treating Gender Dysphoria — Significant Relief and SRS.

Gibson didn't Ask for Significant Relief, he wanted SRS but was denied because there is questions about its safty and effetive.

There is no Band on SRS in the 5th Circuit. The Plaintiff is perfectly with in bounds of law to expect SRS from the Defendants as they promised and prepared me for SRS.

Here's my evidence the Defendants themselves gave me to prove to me that it was OK to take hormones for 12 months then get SRS and CURE the Gender Dysphoria

Next Page — Here's my evidence. the Defendants gave me — their computers.

36

This is right out of UTMB's computers, gave to me by Ms. Williams, practic manager; UTMB.

① Hughs I A, Hook, C.P, Ahmed, SF
Lee, P.A. Se L.W. Pes 1/ESPE Concensus
Group (2006); Consensus Statement on Management
of inter sex disorders, Archives 101:10, 1136/Add
2006-098319

② Patient Reported Complications and Functional
Outcomes of Male to female Sex Reassignment
Surgery
        Archives of Sexual Behavior, A.A Larmence
(2006) 35/6, 717-727, To:10:1007/s 10508-
-006-9104-9

③ The Transgender Voice, Management of
        The Journal of Laryngology, 120(07)
(2006), 521-523 doi: 10.1017/50022215106001174

④ Female-to-Male transgender Equality of Life
        Quality of Life Research, 15(9), 1447-1457,
doi, 1007/s1136-006-0002-3.

⑤ Stages of the Transgender Coming Out Process)
+ Towards intergrated elclentity, (2007)
        Ettner, S. Monstrey8, A Eyler CEds,
Arinuiples of Transgender medicine and
Surgery opp (185-208), New York, N.Y The
Haworth Press.

6) Principles of Transgender Surgery and Medicine (2007) CPP 33-22 : Recent Developments, effectiveness, and challenges.
Annual Review of sex research, 18, 178-224

7) Surgical treatments of Gender Dysphoria in Adults and Adolescents : Recent Developments effectiveness and challenges.
Annual Review of Sex research, 18, 178-224

8) American Medical Association (2008) Resolution 122cA-08. w.w.w.ama-assn.org/AMA/pub/upload mm/47T/122.doc

9) Real life experience : From gender dichotomy to Gender Diversity sexologies)
,17 (c4) (4), 211-224 do: 10.1061, sexol (2008).001

10) Perception of Voice Transgender Client 2008
McNiel, E, J.M. Wilson, J.A., Clark S. & Dekin Journal of Voice, 22c(6), 727-733, doi:10. 1016/jjvoice, 2006.12.010.

11) World Health Organization 2008
The World Health report 2008, Primary Health Care now more than ever. Geneva, Switzerland World Health Organization.

38

12) World Professional Association for Transgender Health 2008.

WPATH Clarification on Mental necessity of treatment in the U.S.A.

Retrieved from HttP.11, www.WPAth,org document / Med: 20 Nec 90 2000 % 2020896 20 Letterhead

13) Toward Version 7 of the World Professional Association for Transgender Health Standards of Care.

Hormone and Surgical Approches (Coleman 2009)

14) International Journal of Transgender to treatment

11(3) 141-145, doi: 10: 1080 115532 73090 3383740

15) Hormone therapy in Adults suggested revisions to the 6th version standards of care.

International Journal of transgenism 11(3), 146-182, do: 10.1080 / 15532 7309 03383 757.

16) Depth Psychotherapy with Transgender people, sexual and Relationship Therapy 24(2), 126-142 do, [0,1080 / 14681990903303823

(17) E-therapy Etical and Clinical consideration for version 7 of the World Professional Association for Transgender Health Standards of care

International Journal of Transgederism 11(4), 292-263 doi: 1080(15 3273 09054 37492

(18) Epidemiology of Gender Identity Disorder Recommendations for Standard of Care of World Professional Association for Transgender Health

International Journal of Transgenderism. 11(1), 8-18 101: 1080/15532 730 9027 98946

(19) A Five Year follow up Study of Swedish Adults with Gender Disorder

Archives of sexual Behavior, 3966 1429-1437, doi: 10.100 7/s 10508 -009- 9331 -1.

(20) Hormonal Therapy And Sex reassignment A systemic review and Meta - analysis of quality of life and psychosocial outcome Oclinical endocrinogly.

72(2), 214-231/ idoi: 10 (11) J 1365- 2265, 2009. 03265, x.

21) Sexual Functioning in Transsexuals following Hormone therapy and genital surgery. The Journal of sexual medicine 6(11) 2922-2939 doi: 10.1111/j 1743-6109 2009 01370. X.

22) Quality of Life 15 years after sex reassignment and sterility.

23) The ten tasks of transgender Health Provider International Journal of Transgender Health 11(2), 74-99 001: 19 1080/15532309003008032

Your Honor, this is a particular set of facts right from the Defendants own computer, this is not made up — it came from the WPATH standard of care that Ms Williams showed me and gave me.

This satisfys the Ashcroft/Iqbal Standard of the heighten pleading requirement and more than proves my claim is plausable.

Your Honor this basily closes Legal Claim #17. Its not my burden to carry if SRS is unsafe that's the State and they don't have the luxury of using KosiKeks supra witness) statement when John Hopkins School of medicine researched SRS.

41

The Defendants have to now put up a Factual arguement that is so overwhelming that the Plaintiff claims no longer seem plausible.

I will be wanting to read this Arguement, if they pull it off, it will rank right up with Johnnie Cokrans quote "If the gloves don't fit you got to Aquite" of the O.J. Simpson trial.

All of the cites are evidence the Defendant gave me to prove SRS was safe and they chemical castrated me. I believed my Doctor, under Gill/Reed I can depend on him for the Standard of Care.

The Ashcroft/Iqbal standard is satisfied according to the Plaintiff's understanding

So understands the Plaintiff

Ms Bobbie
4 — 14 — 20

Certificate of Service

The Plaintiff Certificate that it was dropt in the Texas Prison mailbox on 4/15/20 at 1:00 pm to be delivered to the Clerk of the Courts at 1133 N. Shoreline Bld, Str 208 Corpus Christi, Texas 78401-9911.

\*\* — Notice ——— \*\*

The Plaintiff is on a very serious Quartime Lockdown and has No way to reproduce any of this.

The Clerk of the Courts is asks to give this to the Judge And forward it to the Texas Attorney General and John R. Strawn, of Strawn Pickens. L.L.P. Group.

Strawn Pickens, L.L.P
Pennzoil Place, South Tower
711 Louisiana, Suite 1850
Houston, Texas 77002

Texas Attorney General
Law Enforcement
P.O. Box 12548,
Capitol Station
Austin, Texas
78711

43

The Plaintiff swears on penalty of perjury the foregoing is correct to the best off the Plaintiff Knowledge

Also, the Prison Commissary is out of carbon paper so I can't make copys,

This was mailed 4-15-20 @ 1:00pm.
So swears the Plaintiff

Ms Bobbie Lee Haverkamp

44