United States District Court
Southern District of Texas
Corpus Christi Division

Clerk, U.S. District Court
Southern District of Texas
FILED
APR 22 2020
David J. Bradley, Clerk of Court

| | |
|---|---|
| Bobbie David Haverkamp<br>Plaintiff | |
| VS. | Civil Action<br>2:17-CV-18 |
| UTMB Correctional<br>Manage Health Care<br>Defendants | |

## Motion to Bring Forward, Motion for Counsel

To the Honorable Judge of Said Court,

Now Comes Bobbie David Haverkamp A/K/A the Plaintiff and moves for reopen Motion for Counsel that has been on hold. The motion has never been dismissed, brought forward one time, then put on Stay.

### Arguement.

Your Honor, we got some dates coming up that worrys me.

I'll do this by the numbers so nothing gets lost.

1) I made the Friday, May 8, 2020 deadline to amend the pleadings. It was just two errors to add and more of a consolidation.

2) The next date is Friday July 3, 2020 to get expert designated.
I got two in mind I'm writing.

Here they are: 1) Dr. Randi Ettner

2) R. Carroll Ph.D.

Trans-Pride is writing them now.

I want to call Dr. Meyers — he's a expert witness on G.I.D. but don't if I can.

The problem Judge, I need a attorney to meet the July 3 deadline.

You know and I know Experts of the caliber want to hear from a Attorney on the case.

So I am requesting one.

(2)

You know one of the Corpus Attorneys can do this, it local and really no big expense.

Your Honor if this goes to trial — its going to be a Hot Potato. I know it and you suspect it.

The 5th Circuit got that bunch from Virginia Law School — could you tell me what you got in mind.

With me being lockdown, the State has all the advantage, and I'm stuck out.

Prayer for Relief.

The Plaintiff request a attorney to help with securing expert witness for Civil Action 2:14-CV-18. A local attorney can handle this

So prays the Plaintiff

Ms Bobbie. April 19, 2020

Certification.
This was not sent to the Texas Attorney General, its just reopening a existing Motion for Counsel

Ms Bobbie
(3)      April 19, 2020