In the United States District Court
For the Southern District of Texas
Corpus Christi Division

| | |
|---|---|
| Bobbie David Haverkamp #702013 Plaintiff | |
| vs | Civil Action 7:17-CV-18 |
| U.T.M.B Correctional Health Care Committe. Defendants | |

Plaintiff Response to Defendants Joint Rule 25(d) Substition of Parties.

To the Honorable Judge of District Court:

Now Comes, Bobbie David Haverkamp, AKA the Plaintiff and files response to the Court.

### Arguement

Your Honor, I don't fully agree with this committe chair two step, it looks very questionable and a ploy to hide the Defendants who are responsible.

elt legal according to FRCP 25(d) but who are these people who want to stick their heads in this meat grinder and take on the mistakes of the outgoing committe members?

Your Honor, No sane person would do that, so whats really going on?

1) The Plaintiff wants to know who is the permanent Chair-committe member now?

2) The Plaintiff wants to know who the Chairperson of the committe reports too.

3) I want to see a organizational Chart to where these new members come from, who do they report to, what are their degrees and expertize.

We have some "Shadow People" running the show, I reserve the right to add this person or persons if Evidence exposes them.

I reserve the right to sue in their individual capicity for turning me into a eunuch against my will and knowledge.

The following people are Ben Raimer M.D., Owen Murray M.D, Cynthia Jumper M.D, F Parker MD, Tamela Griffin, John Mills D.O, Margarita-de-la-Garza-Graham MD, Harold Berenzweig M.D

Elizabeth Ann Linder M.D, Mary Annette Gary O.D Lannette Linthicum M.D, Are subject to suit in their personal capacity.

The Plaintiff amend her complaint with Legal Claim 16 and Legal Claim 17.

Legal Claim 16 offers to the Defendants a settlement to avoid individual liability and suit, in the area of "Significant Relief", allows the Judge to review any settlement.

Your Honor, the outgoing members created a lot of promblems to the Plaintiff, that has forced the Plaintiff to pursue a Civil Complaint and its far from finished.

Dr Raime hired that Soldiers of Fortune and mercenary Picken group for repentation, with the Texas Attorney General and his clients ridding along.

I was hit with their legal whip and it still smarts.

Yet, these people skate. They took away counseling for Transgenders, the results were Enso cut his testicals and penus off and is now permently housed in Jester 4 nut house. Selene cut her penus off twice, threw it at the at over the policy of no psy. counsel for Transgenders about Gender Dyspoira.

Lilly cut her testicals complety off over no coensel.

Dr. Meyers had his ability to prescribe and could only recomend to people on the committe that were not Gender Doctors, had no experience.

Ms Alexzander and Ms Bennit were told under no circumstance could they discuss Gender Dysporia with me — its in the letters.

Q. Your Honor, I will need a Expert Witness on Gender Dysporia, I need a Court Control fund. The named Defendants need to pony up $2,000 each for the Court control fund to pay the expert with. There's 10 Defendants, $20,000 could be set aside for Expert Testimony. They cause the promblem let them help fix it, if you ask they would help — like I said to you, their not bad people or evil just stupid.

We're going to court on SRS surgery, there's no law for you to decide just material fact.

Summary.

The Plaintiff expresses grave doubt

(4)

about this ploy.

2) The Plaintiff reserves the right to see the named defendents in their individual capacity for what ever the name of it called.

3) The Plaintiff reserves the right to sue and add persons that this committe reports to.

4) The Texas Attorney General is trying to make the CMHC committe into a Government Agency but its not, these are medical contractors nothing more.

5) They've asked for a 30 day holding period to get release signatures from people that dosen't know what's going on! — that puts us in May 15 till June 15.

6) Answer the writ

So agree's to the Plaintiff

Ms Bobbe Lee Haverkamp
4-18-20

Certificate of Service

I certify I mailed this to the Clerk of the Court 4-18-20 to the

(5)

forward to the Texas Attorney General
P.O. 12548 Capital Station
Austin Texas 78711

So swears the Plaintiff on 4-20-20.

Ms Bobbie Lee Haverlah

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 22 2020

David J. Bradley, Clerk of Court

Dear Clerk,

① Please file with the Court

② I need you make a copy mail it to the Texas Attorney General — they have no carbon paper on the Form.

Sincerely
Ms Bobbie
4-18-20

Ms Bobbie Lee Hauerkamp
#2020013
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

NORTH HOUSTON TX 773
20 APR 2020 PM 5 L

U.S. District Court
Southern District of Texas
1133 N. Shoreline St 208
Corpus Christi, Texas
78401-9911

Clerk, U.S. District Court
Southern District of Texas
FILED
APR 22 2020
David J. Bradley, Clerk of Court

78401-204258