United States Federal District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED

APR 27 2020

David J. Bradley, Clerk of Court

Bobbie David Haverkamp
Plaintiff

vs.                                    2:17-CV-18

Correctional Manage
Health Care Committe (2020)
Defendants

## Notice to Alert Clerk of Courts about additional Parties to Civil Action 2:17-CV-18

To the Honorable Clerk of said Court,

    Now Comes, Bobbie David Haverkamp A/K/A the Plaintiff and files with the Honorable Clerk A/K/A H.C. Names the clerk can contact for additional parties.

    H.C. here are two names that you will be able to contact to see if they want to be party to Civil Action 2:17-CV-18.

to page 2

1) Shawn Kelly Vinson TDC# 1595965 of the Stiles Unit, Beaumont Texas 77705

H.C. I don't have any way to contact Vinson A/K/A Selena, she on the other end of the Building. Also her affidavit is on file with the Court in the Amend Complaint Legal Claim 16 & 17, but she needs contacting.

2) Nicole Lynne Childress TDC# 897643, here is Nicoles affidavit.

Nicoles in Seg in 12 Bld so you have to contact her because I can't have any contact.

Summary

H.C. in keeping with the Courts unidution here's the only two names I got but Trans-Pride In-tune is the encyclopd for name of Transgenders.
   Hope this help

   Ms Bobbie
   4-29-20
   Stiles Unit
   3060 FM 3514
   Beaumont, Texas
        77705

P2

are irreversible. For instance the biochemistry after taking Hormone Replacement Therapy changes. Therefore one such as myself after taking female hormones for an extended period of time has effectivly changed my chemistry so much that it registers as biologically female, thus I am now no longer biologically male but biologically female. Even so I remain painfully trapped within an anatomical male body as does Ms Havercamp. We are both past the point where surgical intervention is a necessary part of treatment for our anatomical bodies to be brought into congruence with our biological chemistry, which is that of an adult female.

I offender Childress, Nicole Lynne aka Archie L III, TDCJ No 897643 am presently incarcerated at the Mark W. Stiles unit of the Texas Department of Criminal Justice in Jefferson County Texas declare under penalty of perjury that above included statement is true and correct to the best of my knowledge.

Signed on this third day of November, 2017.

Nicole Lynne Childress

*Nicole Lynne Childress*

Bobbie David Hornkays
#702013
St. Pez Cert
8060 FM 3514
Beaumont, Texas
77705

Legal Mail



United States Courts
Southern District of Texas
FILED
APR 27 2020
David J. Bradley, Clerk of Court

U.S. District Federal Court
Southern District of Texas
1133 N. Shoeline Blvd, Ste 208
Corpuws Christi Division

78401-9911