United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
APR 30 2020
David J. Bradley, Clerk of Court

| | |
|---|---|
| Bobbie David Haverkamp<br>Plaintiff et al<br><br>vs<br><br>Correctional Manage<br>Health Care Committe of 2020<br>for UTMB<br>Defendants | Civil Action 2:17-CV-18 |

Plaintiff's Memorandum
is Support of Motion for
Temporary Restraining Order.

Plaintiff gently presents/asks the Court to gently grant a motion for a temporary Restraining order against defendants.

### Argument

Your Honor, as the CMHC Committe of 2020 assumes the duties of Health Care, the Plaintiff is well aware the 2020 Committe has a lot on their plate and deserves as much restraint as possible with Court Action.

(1)

The Court is well aware that the CMHC of 2019 stop all counseling for Gender Dysporia and the resulting trouble, an example of this trouble is found in Legal Claim 16 of the amend Pleadings.

The Plaintiff ask for a TRO for the Plaintiff and Transgenders of the UTMB-Gender Clinic of Dr. Gordon to grow their hair long to shoulder length.

This smart action would provide immediate medical and mental Health relief for those suffering from Gender Dysporia.

Granting the TRO will not offend the Dignity of the State of Texas. Attorney for the Defendants Honorable Garcia is well aware Texas lets offenders grow their hair long for religious purposes.

The Defendants already have in place the Policy to let Transgenders grow their hair to shoulder length for medical reasons, it was only the cantankerous of the CMHC of 2019 that prevented the "Significant Relief" of the 5th Circuits ruling in Gibson/Collins to be put into play.

Your Honor, human hair only grows about a inch a month so it will take time to get to shoulder length but the TRO would allow

(2)

for usable relief for mental health for those who suffer with Gender Dysporia. A person that says "I've started" is of a different mental of one that says "No one cares". The one with hope you find alive in the morning, the one that mental say "No one cares", they are found swing by their necks — dead.

This is what this TRO will do, Right Now.

This TRO is in the best intrests of the pablic and is not against public intrest.

Under Ingrant-v-Ault standard the Plaintiff, et al has no adequate remedy of law that is emmedent on the horizon.
Civil Action 2:17-CV-18 has been in motion for 42 months, the State will answer May 18, 2020 proambley with a Motion for Summary Judgement as a matter of law and the court has set dates thur Sept 4, 2020 (50 F3d 898, 900 - 11th Cir)

There is a substential likehood that the Plaintiff, et al will prevail on the merits of "Significant Relief" as out lined by the 5th Circuit as part of the non-envasive treatments for Gender Dysporia. (Ingram 50 F3d @ 900)

3

The 5th Circuit in Gibson/Collins supra, with the adoption of Koselek has already established that giving the Plaintiff the right to wear her hair to shoulder length is within the bounds of good medicine for transgenders and will provide significant relief to those who suffer from Gender Dysphoria.

Your Honor, I pray the Court consult with Attorney Garcia of The Texas Attorney General Office for his agreement then issue a TRO within 2 weeks

So Prays the Plaintiff
Ms Bobbee
4-26-20
Stiles Unit.

Certification of Service

The Plaintiff places Certification of Service with the Clerk of Court — there is no Carbon Paper, everything is shut down due to the Virus. We are on Quarantine lockdown, 2 cases reported on Stiles.
Please forward to:

Honorable Garcia
Texas Attorney General
Law Enforcement Division
P.O. 12548
Austin, Texas. 78711 - 2548

So swears the Plaintiff this was in the prison mailbox 4-26-20.
M. Bobbie