United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
MAY 1 2020
David J. Bradley, Clerk of Court

Bobbie Lee Haverkamp
　　Plaintiff

vs.                                    Civil Action 2:17-CV-18

CMHC of 2020
　　Defendants

Plaintiff's Response
to Motion to Dismiss DE 130
Clarification to Court what
the Plaintiff understood.

To the Honorable Judge of said Court,
　　　　　　　　　　　Now Comes,
the Plaintiff and presents to the Court her
understanding "Order Setting Deadlines".

## Presentation

Your Honor, this civil action has been
in motion since JAN 2017, it was only amended
to include a "injection" and "John/Jane Doe
Parties"

Your order stated Leave of Court is required to amend pleadings.

I took that you wanted arguments that was "Significant Relief" and "SRS".

The way I took the order was the legal arguement for Significant Relief and SRS was not made to this Court. The case Gibson was not even decided in the time frame of the amended Complaint.

The 5th Circuit explained what good medical practices were in "Significant Relief and SRS was not illegal in Texas.

The Plaintiff has competing philosophy with the Court that D.E. 130 is a confusing and disjointed narrative which consists of a hodgepodge of arguements legal and medical citations and exhibits.

The Plaintiff will assure the Court in the future she will be much plainer, and hopes she is plain enough that the Court has the understanding from a Pro-Se Plaintiff that the "Significant Relief" of the 5th Circuit is the on the dot with the Plaintiffs non-invasive claims for Gender Dysporia, in the Amended complaint of 2017

Your Honor, as long as the Court understands the "Significant Relief" of the 5th Circuit as it pretains to the Plaintiff claims there is no promblems.

If the Court understands the Plaintiff is in defiance about "SRS" and the State is going to prove to a jury its unsafe because UTMB medical Doctors gave me all them Medical surveys that said it was safe.

Your Honor, if the Plaintiff can present this to the Court and the Court understands where she's coming from we don't have a promblem.

In closing, the Plaintiff needs to work on her manners and presentation to the Court.

No Action is required, the Plaintiff does not Appeal the Order Denying Plaintiff Motion for Leave of Court.
So closing the Plaintiff

Ms Boblie
4-28-20
Stiles Unit.

Ms Bobbie David Haverkorn
#7020013
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

Legal Mail

NORTH HOUSTON TX 773
29 APR 2020 PM 6 L

United States Courts
Southern District of Texas
FILED

MAY 1 2020

David J. Bradley, Clerk of Court

U.S. District Court
Southern District of Texas
1133 N. Shoreline Blvd, Suite 208
Corpus Christi, Texas

78401-8911