United States District Court
Southern District of Texas
Corpus Christi Division

| | |
|---|---|
| Bobbie David Haverkamp<br>Plaintiff<br><br>vs.<br><br>Correctional Managed Health Care Committee for UTMB of 2020<br>Defendants | Civil Action 2:17-CV-18<br><br>Motion to Intervene |

Shawn Kelly Vinson (AKA selene)
Memorandum in Support of
Motion to Intervene

Intervenor files this motion to intervene as a Party-Plaintiff, as authorized by Federal Rule of Civil Procedure 24.

## A - Introduction

1.) Plaintiff is Bobbie David Haverkamp AKA Ms. Bobbie. Defendants are the 2020 UTMB Health Care Committee for TDCJ Correctional Prisons. Intervenors name is Shawn Kelly Vinson AKA Selene.

2) Plaintiff sued the Defendants for violation of Equal Protection, Sex Stereotyping, Discrimination

①

## (B) Arguement

3) Intervenor has a right to intervene in this lawsuit under a Court Order of Magistrate Judge Hampton of the United States District Order setting Deadlines in Civil Action 2:17-CV-18. The Deadlines to add Parties must be filed on or before Friday May 6, 2020.

Also Fed. R. Civ Proc. 24(a)(1) this statute, the intervenor has an unconditional Right to intervene because the applicant claim and action have a question of Law and a very firm fact in common with the present Civil Action

Intervenor has the right to intervene in this lawsuit under Federal Rule of Civil Procedure 24(a)(1) for the following reasons:

a) Under Loyd v. Alabama Dept. of Corr. 176 F3d 1336, 1340 (11th cir), Intervenor has a direct intrest in this lawsuit and that intrest is substantial, very substantial and legally protected under Law

My intrest is some significant treatment to alleviate my symptoms of Gender Dysphoria. I suffer from GD severe enough that I've had 1 suicide attempt, multiple penile amputation attempts, and have twice excised quarter size chunks of my scrotum.

②

The urges to either amputate or autocastrate the abomination between my legs gets so overwhelming I have severe panic attacks and take a little off at a time as my pain threshold will allow, with the thought of eventually it'll be so miniscule at least the mental torture will be over. The fact that the governing bodies of the treatment of GD are proven to alleviate these problems seems to be at a total loss to my susposed caregivers. I am allowed to feminize my body and grow breasts but not hair or wear the undergarments that are treatment. Not to mention the correct treatment would be economically conservative since my caregivers tell me there is not funding for my treatment. I'm doing 2 life sentences. The correct treatment in the long run would actually save taxpayers. The correct treatment has been proven to alleviate or cure these symptoms of Gender Dysphoria. The Gender specialist at UTMB has recommended these treatments and the Medical Director at my unit has ordered the treatment only to be denied the treatment cause "the doctor has been told he can't give me the curative treatment. I have hard copies of some but not all these orders but they are part of my electronic medical Record. I'll gladly file on request.

4) Intervenors motion is timely. Intervenor learned of the lawsuit on Sunday April 26th 2020

③

and could not have known about this case and her intrest.

Your Honor, Plaintiff Haverkamp is very closed mouth on her legal work. I'd heard through the rumor mill she'd lost a case which I found to be false as I learned of the content of her suit when I heard her speak of a Summary Judgement coming from the state she has to fight off. ~~cause~~ I then question Ms Bobbie relentlessly and was told about the May 8th Deadline. There has been nothing in advocacy groups Newsletters or the prison newspaper the Echo that mentions this civil action or given notice of the parties. ~~Catanzano~~ Catanzano/Wing 103 F3d 223, 232 (2nd cir)

    5) Intervenors motion is timely, its filed before the May 6th Deadline. The suits only progress to the State having to answer.

### C. Conclusion

Your Honor, this is filed before the May 6th 2020 Deadline and I ask for the Court to grant her motion to intervene as a party Plaintiff.

So prays the Intervenor
Shawn Kelly Vinson (Selene)
Shawn Kelly Vinson (Selene)
#1595965

(4)

Dear Sir/ma'am,

Will you please accept and file the following motion.
Thank you for your help and consideration.

Sincerly,
Shaun Kelly Vinson
(Selese)

United States Courts
Southern District of Texas
FILED

MAY 1 2020

David J. Bradley, Clerk of Court

Ms. Shawn Kelly Vinson (Selene)
Stiles Unit #1595965
3060 FM 3514
Beaumont, Tx. 77705

United States Courts
Southern District of Texas
FILED

MAY 1 2020

David J. Bradley, Clerk of Court

NORTH HOUSTON TX 773
29 APR 2020 PM 5 L

U.S. District Court
Southern District of Texas
Corpus Christi Division
1133 N, Shoreline Blvd Ste 208
Corpus Christi, Tx 78401-9911

78401-204258