*No objections will be filed, he's released*

**GENERAL INMATE CORRESPONDENCE · TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTIONS DIVISION**

**RECEIPT**

United States Courts
Southern District of Texas
FILED
MAY 1 2020
David J. Bradley, Clerk of Court

Re: Hauerkamp vs Penn, et al
2:17 CV 18

On this date, 4-21, 20 20.

I received DE# 129 M&R

from the U.S. District Clerk for the Southern District of Texas.

_Ms Bobbie David Healy_
Signature of Recipient