# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID HAVERKAMP, § | | |
| TDCJ NO. 00702013, § | | |
|     Plaintiff, § | | |
| § | Civil Action No. 2:17-CV-00018 | |
| v. § | | |
| § | Jury Demand | |
| JOSEPH PENN, *et al.*, § | | |
|     Defendants, § | | |

## DEFENDANTS' JOINT NOTICE OF APPEAL

Defendants Dr. Joseph Penn, Dr. Lanette Linthicum, Dr. Cynthia Jumper, F. Parker Hudson and Dr. Philip Keiser hereby jointly appeal to the United States Court of Appeals for the Fifth Circuit from the district court's Order [Dkt. No. 123] of April 2, 2020. This is an interlocutory appeal based on the denial of Defendants' entitlement to Eleventh Amendment immunity.

**Dated:** May 4, 2020.

                                                Respectfully Submitted.

                                                **KEN PAXTON**
                                                Attorney General of Texas

                                                **JEFFREY C. MATEER**
                                                First Assistant Attorney General

                                                **RYAN L. BANGERT**
                                                Deputy First Assistant Attorney General

                                                **DARREN L. MCCARTY**
                                                Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General
Texas State Bar No. 24097533
Southern District ID No. 3089117
courtney.corbello@oag.texas.gov
**ATTORNEYS FOR DEFENDANTS PENN, JUMPER, AND HUDSON**

*/s/ Bruce Garcia*
Bruce Garcia
Assistant Attorney General
Texas State Bar No. 07631060
Southern District ID No. 18934
Bruce.Garcia@oag.texas.gov
**ATTORNEY FOR DR. LINTHICUM**

**OFFICE OF THE ATTORNEY GENERAL**
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 370-9410 (Fax)

*/s/ John Strawn*
John R. Strawn, Jr., #19374100
STRAWN PICKENS L.L.P.
Pennzoil Place, South Tower
711 Louisiana, Suite 1850
Houston, Texas 77002
(713) 659-9600
(713) 659-9601 Fax
jstrawn@strawnpickens.com
**ATTORNEY FOR DR. KEISER**

## NOTICE OF ELECTRONIC FILING

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on May 4, 2020.

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and forgoing has been served via US Postal Service, postage prepaid, certified mail, return receipt requested, on May 4, 2020, addressed to:

David Alan Haverkamp
a/k/a Bobbie Lee Haverkamp, #702013
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General