United States District Court
Southern District of Texas
Houston, Texas

United States Courts
Southern District of Texas
FILED
MAY 06 2020
David J. Bradley, Clerk of Court

Motion to object to non-notification
of additional intrested Parties in
Civil Action 2:17-CV-18

To the Honorable Judge of said Court,
Now comes Shawn Kelly Vinson AKA Selene, Intervenor as a party Plaintiff in Civil Action 2:17-CV-18 and presents an objection in the above Civil actions.

## Arguements

Your Honor, Civil Action 2:17-CV-18 has a deadline date of May 6th, 2020 for additional parties

The Court has provided no notification of this Civil action and the issues in the complaint is not only very similiar to my issues, it also effects every transgender woman in the Texas Dept. of Crim Justice

I myself only learned of the suit on April 26th, 2020 and the complaint was presented to the Corpus Christi Division Jan. 2017

Your Honor I live next door to the Plaintiff and just found out about the complaint and the issues

(1)

that mirror mine that are before the Court.

It was impossible for any of us transgender women to know about this action in this District or any other District that is now before the Court.

## Conclusion

Your Honor, I would ask that the Court slow this down and advertise the Civil action so as to let all Transwomen in the TDCJ to be able to air their complaints in front of the Courts to prevent subsequent suits that clog the Courts when only one could settle the many issues that face us as a class in the TDCJ.

So Prays the Intervenor

Ms. Selene K. Vinson

Legal Name Shawn K Vinson

*Shawn Kelly Vinson*

Ms Selene Kelly Vinson
#1595965
Stiles unit
3060 FM 3514
Beaumont, Texas
77705

United States Courts
Southern District of Texas
FILED
MAY 06 2020
David J. Bradley, Clerk of Court

Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas
77208

77208-101010

