United States District Court
Southern District of Texas
**ENTERED**
May 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP; aka HAVERKAMP, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-18 |
| JOSEPH PENN, *et al*, | § § § | |
| Defendant. | § § | |

## ORDER DIRECTING DEFENDANTS TO RESPOND

Pending before the Court is Interested Party Shawn Kelly Vinson's motion to intervene in this litigation (D.E. 141). Defendants are **ORDERED** to respond to said motion **no later than June 8, 2020**.

ORDERED this 7th day of May, 2020.

_____
Julie K. Hampton
United States Magistrate Judge