United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
MAY 11 2020
David J. Bradley, Clerk of Court

Bobbie David Haverkamp
Plaintiff

vs

CMHC of 2020
Defendants

Civil Action 2:17-CV-18

Reurge Document 67

## Reurge Motion Document 67 1 of 11

A Question of law and fact in the First Amended Complaint for Court Interpertation at the 60 day Marker of Stay

To the Honorable Judge of Said Court,
        Now comes, Ms Bobbie, A/K/A the Plaintiff in Civil Action 2:17-CV-18 and presents the basis for renewal of Document 67 Filed on 12/08/17 page 1-11.

### Summary

The Plaintiff is in receipt of Document 67 of a motion filed in 2017 on the intent of CMHC Policy G-51.11 w/ Attachment of WPATH

①

Standard of Care.

The Plaintiff in the year of our Lord, May 18, 2020 reurges the motion of 2017 for a hearing. Document 67.

- Your Honor, the Plaintiff has on file with the Court about 40 letters to the Defendants starting in 2015 asking informally what was the Standard of Care and treatment plan she was being treated under.

- It's true and fact that according to Document 62 p 12 of 37, p 20 of 117 the Plaintiff was re-examined on Oct 17, 2014 by Dr. Walter Meyers and was prescribed hormone therapy for a 12-month period with referral for SRS.

- Aug 4, 2015 Document 62, p 17 of 37 even Dr. Kwanto treating physican McConnell Unit of the Plaintiff didn't have a Standard of Care for the Plaintiff.

- Feb 2, 2016 Document 62-1 page 4 of 23 the question was asked to the Office of Professional Services.

- Document 62, page 17 of 37, Dr. Meyers treating specialist sent the Plaintiff back to the Defendants for the Standard of Care

②

for Gender Dysphoria.

- Doc 62 page 17 of 37, a letter is sent to the Defendants.

- And May 7, 2020, here's the motion the Plaintiff filed with the Court in 2017.

- Discovery, 3 years after the 2017 motion, first request — What's the Standard of Care and treatment Plan the Plaintiff's being treated with?

- Your Honor, the common theme in 2015 was the S.O.C and treatment Plan. ⟶ Time marches on, a Motion from 2017 shows up in 2020 and its still relevant today ⟶ What's the S.O.C and treatment Plan I'm under?

- Please hear the 2017 motion.

Your Honor, with the greatest respect OK, I don't know how you conduct a hearing but I want it graveyard quiet. The Clerk can Duct Tape everyone's mouth shut, there will be no interruptions in this hearing.

The Plaintiff wants to know what this thing says, what the intent of the Attachments are - The Office of Proffesional

③

Services said, "The treating Specialist must follow Policy G-51.11 with Attachments in treating you for this condition. OK, How?

The Attachment WPATH, has all them reference of the 7th Edition WPATH that show SRS is safe and effective. The Defendants gave this to me, Ms Williams Practice Manager UTMB McConnell Unit 2013/2014. Now are those references TRUE?, or do we have a scam being pulled over me and you.

Your Honor, I'm sitting here, how did a nice girl like me get into this mess. I can't grow my hair long, castrated and no where near the SRS promised to me.

Please Hold that hearing.

So Prays the Plaintiff
Ms Bobbie

Certification of Service.

This is presented to the Court's Clerk to forward to Honorable Garcia
P.O. Box 12548
Austin, Texas 78711-2548
The original Document was mailed on Dec 7, 2017
So Prays the Plaintiff
May 14, 2017     ④     Ms Bobbie Hensley

From: Ms Bobbie Hauskamp
# 702013
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

United States Courts
Southern District of Texas
FILED

MAY 11 2020

David J. Bradley, Clerk of Court

Dear Clerk,

① Please file this with the Court, also a copy of Document 67 — filed 12/08/17 11 page.

② Send Everything to Texas Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Fax (512) 457-4654

③ We are on Quarantine lockdown so I am handicap and need your help.

They got us wearing face masks, the prison girls are getting a taste of life behind the veil, real restritive — sucks

H.d, Thank-you clerk.
Ms Bobbie

Ms. Bobbie David Shaver Kanp
#702013
Stiles Unit
3060 FM 3514
Beaumont, Texas
77705

Clerk of the Court
U.S. District Court
Southern District of Texas
1133 N. Shoreline Dr. St 208
Corpus Christi, Texas
78401-9911

United States Courts
Southern District of Texas
FILED

MAY 11 2020

David J. Bradley, Clerk of Court