IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP; aka HAVERKAMP, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL NO. 2:17-CV-18 |
| JOSEPH PENN, *et al*, | § § § | |
| Defendants. | § § | |

# ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R") to Dismiss Defendant Dr. Joseph Penn ("Penn") Without Prejudice, Dkt. No. 129. No objections have been filed to the M&R. *See* Dkt. No. 129 (setting 14-day deadline for objections).

The Magistrate Judge recommends dismissing Penn from this action without prejudice as other appropriate defendants capable of providing Plaintiff's requested relief have been identified in the amended complaint. *See* Dkt. Nos. 62, 129.

Accordingly, after reviewing the filings, record and relevant law the Court **ADOPTS** the M&R in its entirety, Dkt. No. 129, and **DISMISSES** Dr. Joseph Penn as a party from this action.

SIGNED this 13th day of May, 2020.

_____
Hilda Tagle
Senior United States District Judge