United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED

MAY 14 2020

David J. Bradley, Clerk of Court

| | |
|---|---|
| Bobbie David Haverkamp Plaintiff | |
| vs | Civil Action 2:17-CV-18 |
| CMHd Board of 2020 Defendants | Flag is Thrown |

The Plaintiff objects to the unfair burden the Courts loads her with

To The Honorable Judge of said Court,

Now Comes, Ms Bobbie, A/K/A the Plaintiff in the above civil action and lodges her objection to the unfair burden she is being forced to carry in defense of her claims. A Flag is on the field.

### Arguements

Your Honor, you got the Plaintiff on a serious deadline Friday, July 3, 2020 for Expert Witness.

### What am I getting a expert for?

The CMHC Board of 2020 are the experts, they control the Standard of Care and Treatment Plans of Non-Invasive treatments and SRS in the treatment of Gender Dysporia for the Plaintiff.

The CMHC Board of 2020 approved the 7th Edition of WPATH Standard of Care.

Your Honor, look at that Gibson case the State borrowed his Experts, their opinions to defeat Gibson.

In the Gibson decision, this Plaintiff notes that Dr. Chester Schmidt, Cynthia Hopkins, Dr Stephen Lenene and Dr. Forstem all once testified in the 1st Circuit. Their field conclusions are only partially mentioned in the Gibson Case — But most interesting here is that their common "opinion" is not included in the CMHC Board of 2020 7th Edition WPATH Standard of Care.

Your Honor, look at Document 62-2 page 2 of 57 ____ go to the Bottom of the footnote. The original version was the 1979 document. Previous revisions were in 1980, 1981, 1990, 1998 and 2001.

We can see the progress of medical advances here ____ the CMHC of 2020 know the 7th Edition of WPATH is real, its safe and effective like 20 years of safe.

So if no experts show up and they show the 7th Edition of WPATH is unsafe, haven't they admitted harm to the Plaintiff by castration against her will ____ its physical Harm.

This is a ambulance chasers dream come true and there are 10 of them to sue, and theres no defense for them.

The Plaintiff dosen't have to defend the CMHC Board of 2020, their grown Jack and Jills, THEY need to go find some experts that defend their positions that non-invasive treatments and SRS are safe, effective to treat and cure the Plaintiff, just like the 5th Circuit said, Both options provided significant relief

Your Honor, flag's on the field, what do we do? I don't have access to the internet. ___ MAKE the CMHC of 2020 go find some experts for me to defend them — You know if I lose this, I have incurred harm, physical harm because the CMHC of 2020 told me surgery was safe and effective, yet castrated me.

So Prays the Plaintiff
Ms Bobbie
5-9-20

Certificate of Service.

I swear on the penalty of perjury, a copy of this objection was mailed to the clerk of Courts to forward to the Attorneys to.

Texas Attorney General
P.O. 12548
Austin, Texas 78711-2548

Honorable Garcia

So Swears the Plaintiff
Ms Bobbie David Huckaby
5-9-20
Stiles Unit