United States District Court
Southern District of Texas
Corpus Christi Division

| | |
|---|---|
| Bobbie David Haverkamp | |
| vs | Civil Action 2:17-cv-18 |
| CMHC of 2020 Defendants | |

Plaintiff Notice to Court regarding 5th Circuit Appeal #144 by Defendants

To the Honorable Judge of Said Court,

Now comes, Ms Bobbie, A/K/A, The Plaintiff in the above civil action and files her cogitation on the subject of qualifyed immunity issue being brought up again. Also other issues that need to be tidyed up while the Defendants attorneys are in New Orleans 5th Circuit on their calling.

Address,

Yours Honor, is it probable for the Plaintiff to assume there will be no answer from the Defendants for a answer to this civil action due May 18, 2020?

①

This immunity issue was settled years ago in Magistrate Judge B. Janice Ellington Court on Aug 23, 2017, see Document 62, page 7 of 37 bottom of page, Titled — "Nature of Action ... to seek injuction relief"...

We had a Tele-conference by phone with Attorney's RHEA, Celemine and Wiley.

The issue was who was responsible to provide relief to the Plaintiff and it was unclear if the Plaintiff wanted monatary damages or what?

There was dead silent on the Phone.

The Plaintiff : Your Honor, I don't want the money, I want medical care.

Mag. Judge Ellington : All three of You she can do that. Yours not immune to a injuction Action.

Attorney Wiley : Yes, she can bring civil Action for a injuction.

The issue of Offical immunity was over.

So, RHEA, Celemine and Wiley move on.

So, the present Civil Action gets New Attorneys, Huntpalmer and someone else, here comes the immunity question, AGAIN.

Your Honor, the immunity issue is like a brother-in-law. I had a guy wanted to date my sister — borrowed my New Dodge Red Ram Pick-up (didn't have 500 miles on it), borrowed my Gas Credit Card, borrowed $100.00 so he could pop the question.

The Brother-in-law, took my sister to Las Vegas on my gas card, never paid back the $100 and prang the right front fender of my Dodge Red Pick-up.

It took years to dump the brother-in-law, the immunity issue has been popping up since 2017, and is wreaking the Civil Action 2:17-CV-18.

Now we get attorneys Garcia/Corbello and the Pickens group, with the Brother-in law issue of Qualifyed Immunity, AGAIN.

Your Honor, I can't find fault with a Defendant Reiss for hiring the Pickens Group, their mercenary Soldier of Fortune attorneys, nothing like Adikes Finch in "To Kill a Mockenbird".

The Pickens Group is there to protect their clients interests. Right or Wrong, someone else can debate that subject.

(3)

The issue for this particular Defendant is, "Before I sit down on the CMHd of 2020, what are my liabilitys?"

Your Honor, I raised the same issues with this very Court. What kind of People sit down to a committe that has a Equal Protection Claim against them and is going to take on their promblems? Are they insane!

So, the Picketts group has no complaints from the Plaintiff.

The Plaintiff puts this whole mess in the Honorable Garcia and Honorable Corbello lap.

There was no reason to go to the 5th Circuit the Magistrate Court in the Corpus Division is perfectly capable of handling the question of immunity.

There's no reason the Picket Group can jump over the Magistrate Court with a New Defendant — the original was Dr. Raimes. The Texas Attorney General let them in, Dr. Raimer was dismissed. So, we break the rules, ram a sleeper defendant in to do WHAT?!!

OK, its a fair question.

The immunity suit was an issue for a FRCP 12 motion for Failure to State a claim for relief.

Class Pay attention: The Plaintiff fails to state a claim under 12(b)(6) motion because the Defendants have "Official Immunity".

Ops → Under Parker-vs-U.S the claim wasn't stated under a FRCP Motion 12 Rule and must be Raised or its Lost (110 F3d 678, 682)

The immunity is lost, its not a issue.

As the Defendant head to the 5th Circuit New Orleans, with the Rickett Group new sleeper defendant, they have left the Plaintiff in a serious sitation.

Your Honor, Corbello/Garcia played a Ace. This means more delays.
The old saying God protects fools, puppies and children.

The Court is now introduced to the Plaintiff New Attorney, that will take on the Defendants Attorney's in New Orleans.

Please welcome: Samuel Weiss
Executive Director
Rights behind bars
416 Florida Ave
NW #26152
Washington DC 20001
Telephone # 202-455-4399

(5)

Your Honor, when the Pickens group takes the new Defendant Riss to New Orleans. The question How does Pickett do this?

Its a theory of Law that once a chair in a corporation is defended in a Court of Law, then that chair is defendent no matter who sits in it.

So you notice the Pickens Group is riding on the coat tails of the Texas Attorney General — once the 5th Circuit takes notice they may say something. I bet my attorneys are going to say something.

### Other Issues

Every 100 years or so "Halley's Coment" make a pass by Earth. We all get out, peer into the sky and say "hello."

We got the same situation with Court Document 67.

Its been out in "Judical Space" since 2017, makes it pass around the Sun and landed right in the Court's lap in 2020.

Its in perfect condition, it was relevent in 2017 and the same issues are relevent in 2020.

What are we going to do about it?

## Summary

1) The Court knows about the Plaintiff's concern over the New Sleeper Defendant at the 5th Circuit — is this legal and according to Court Rules, if it isn't the Defendant and the Pickens group need to leave.

2) The Court knows about "Behind Bars" attorney Samuel Weiss representing the Plaintiff <u>only</u> in the 5th Circuit on matters of Official Immunity

3) The Court knows Document 67 has been in limbo since 2017 and needs to be examined.

A suggestion to the Court, Behind Bar's is a "Legal Theory attorneys", have them do a study and give a report.

The above issues are awaiting the Court.

So Prays the Plaintiff
Ms Bobbie
5-13-20

## Certification of Service

The enclosed motion was sent to the Clerk of the Courts, Corpus Division to forward to the lead Attorney Courtey Corbello to forward to interesting parties.

Send to: Honorable Courtney Corbello
Texas Attorney General
P.O. 12548
Austin, Texas 78711-2548

Fax — (512) 463-2080

Fax — (512) 457-4654