# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
MAY 26 2020
David J. Bradley, Clerk of Court

BOBBIE D. HAVERKAMP
    Plaintiff

VS.

CORRECTIONAL MANAGED HEALTH CARE COMMITTEE FOR UTMB OF 2020
    Defendents

Civil Action 2:17-CV-18

MOTION TO INTERVENE

## MOTION TO INTERVENE

Now Comes James Seat #1531668 (AKA) SKY BLUE in support of motion to intervene. Intervenor files this motion to intervene as a Party Plaintiff, as authorized by Federal Rule of Civil Procedure 24.

### (A) INTRODUCTION

(1). Plantiff is Bobbie D. Haverkamp (AKA) Bobbie. Defendents are the 2020 UTMB Health Care Committee for TDCJ correctional Prisons. Intervenors name is James Seat (AKA) Ms SKY BLUE

(2.) Plantiff sued the Defendents for violation of Equal Right Protection, Sex Sterotyping, Discrimination.

# (B) ARGUEMENT

(2.) Intervenor has a right to intervene in this lawsuit under a Court order of Magistrate Judge Hampton of the United States District Court Order setting deadlines in Civil Action 2:17-CV-18

Also Fed. R. Civ. Pro. 24 (a)(1) this statute, the intervenor has a unconditional right to intervene because the applicant claim and action have a question of law and a very firm fact in common with the very present Civil action

A.) Under Loyd v. Alabama Dept. of Corr. 176 F3d 1336, 1340 (11th Cir.) Intervener has a direct intrest in this lawsuit, and that intrest is Substantial, and Protected under law.

1) My Intrest is Some Significant treatment to give some significant relief to alleviate or cure my Symptons of GENDER DYSPHORIA. Which in my case has been multiple suicide attempts, as proven by scars on arms, neck, and shoulders. Also my PSTD, and bouts with manic depression due to no treatment whether it be non-invasive or surgical.

2) The committee's Policy States I'll get further therapy as needed. Goes back on that policy regardless of the advice of the attending Physicians/Psychiatrists. The proper treatment referenced to in policy are proven to alleviate or cure said symptons. This leaves me in limbo treatment wise to continually contemplate suicide for the lack of relief via significant treatment.

3.) Intervenors motion is filed as soon as I learned of the civil action on Sunday May 24, 2020 and could not have known about this case and her interest.

Your Honor, This case has not been spoken and or advertised, around the unit. I was made aware of it by a Transsexual Woman named Selene. There has been no offical advertisement or notice given of this civil action. Catewzanolwing 103 F3d 223, 232 (2nd cir)

Intervenor's motion is timely. The suits only progress to the state have to answer.

## Conclusion

Your Honor, I ask the Court to grant her motion to intervene as a Party Plantiff.

So Prays the Intervenor,
James Seat #1531668 (AKA) SKY BLUE