From: Bobbie David Hoverkamp #702013
Stiles Unit, 3060 FM 3514, Beaumont, Texas 77705

Dear Clerk Bradly,     May 25, 2020

I need your direct help in Civil Action 2:17-CV-18.

United States Courts
Southern District of Texas
FILED
MAY 27 2020
David J. Bradley, Clerk of Court

### Here's the Situation

I filed in the Corpus Christi Division, Civil Action 2:17-CV-18. Its a civil Action on discremation, sex-sterotyping and breach of contract. The civil Action covers equal protection for Transgenders for Significant Relief under the Gibson/Collins case.

### What's going on Now

The Texas Attorney General's Attorney Courtney Corbello when she was ordered to answer the writ/civil action. She took off to the 5th Circuit hollering, "I got immunity", "official Immunity"

### What I need

① There was in Aug 23, 2017 a Tel-conference with Mag. Judge Ellington and Texas Attorneys RHEA, Willey and Cemiff. That made me do a ammended Complaint, with the fact I wanted medical care and the suit was for an injuction only.

Q. Do you have any record of this Aug 23, 2017 Tel-conference?

(1)

Mag. Judge Ellington told Attorney Wiley I could ask for a injuction and the State was not immunity to a civil action for a injuction.

Texas attorney Wiley said, "Yes your honor she can ask for a injuction, we have no immunity against a injuction."

This State Attorney Corbello is in the 5th Circuit wonderland trying to find a Judge to sign a "STAY." Corbello got a one year stay while that Gibson/Collins case was in the 5th Circuit now she's trying to get another stay.

Clerk Bradly,
I don't even know where to look — or where to ask you to look. It's not me doing this but Texas Attorney Corbello, that immunity was laid to rest in 2017, yet here she is bringing it up.

Any help will help

Bobbie David HaverKamp
# 702013
Stiles Unit
3060 FM 3514
Beaumont, Texas
77705

e David Haverkamp
013
lent
FM 3514
nt, Texas
77705

Mail

NORTH HOUSTON TX 773
26 MAY 2020 PM 7 L



Clerk
United States District Court
Southern District of Texas
P.O. 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED
MAY 27 2020
David J. Bradley, Clerk of Court

7720861010