

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED

JUN 03 2020

David J. Bradley, Clerk of Court

A True Copy
Certified order issued Jun 03, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-40337

DAVID ALLEN HAVERKAMP, also known as Bobbie Lee Haverkamp,

   Plaintiff - Appellee

v.

DOCTOR LANNETTE LINTHICUM; CYNTHIA JUMPER; F. PARKER HUDSON; PHILLIP KEISER,

   Defendants - Appellants

Appeal from the United States District Court
for the Southern District of Texas

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal as to appellant, Doctor Joseph Penn, is dismissed as of June 03, 2020, pursuant to appellant's motion.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                *Jann Wynne*
                By: _____
                Jann M. Wynne, Deputy Clerk

       ENTERED AT THE DIRECTION OF THE COURT