United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED

JUN 08 2020

David J. Bradley, Clerk of Court

Bobbie David Haverkamp
Plaintiff

US

CMHC of 2020 et al
Defendants

Civil Action 2:17-CV-18

Plaintiff's Responce
to Motions to Intervene
DE.'s 141, 156 + 164

To the Honorable Judge of Said Court,

Now Comes, Ms Bobbie, AKA the Plaintiff and gives the Court notice of her acceptance of the Intrested Parties Shawn Kelly Vinson, Isabelle Miller and James Scot.

Comment to the Court

Your Honor, the Plaintiff is very close mouth about her legal work. People in prison have the habit of discussing legal law like a abstract picture, where everyone's interpertation is right.

①

Unless you can organize your thoughts on paper to form a legal argument, please leave me alone.

Even though the Plaintiff is a writ writer, Birds of a feather flock together, the inmate Selene Vinson heard me discussing this case is Donald Walton (another Writ Writer) about a Summary Judgement the State will file with their answers.

Ms Selene was not invited in on this conversation.

Yet your Honor, here the intervenor's are ____ the old saying, "Home is the place you go to and they got to let you in".

You got to let them in, the Plaintiff has no objections.

The Plaintiff is flabbergasted over the injuries these people are suffering from no medical care for Gender Dysporia.

The Plaintiff did a quiet investigation on Isabelle Miller ____ she put a bag of ice between her legs, deaden everything then started in on it. She was far enough along where everything was ready to hang but the guard rushed her.

Clive never mentioned anything to her about

2

this Civil Action.

In closing, this is your decision
alone. The Plaintiff voices no objections,
prehaps the Court can provide relief.
You would certainly be within your
right under the Gibson/Collins 5th Circuit ruling
Significant Relief comes in two forms, non-
invasive treatments or Sex Reassignment Surgery.

The Plaintiff closes respectfully.

So Prays the Plaintiff

Ms Bobbie

Certification of Service

This was not sent to the defendants due
to its just a general acceptance of
the Intervenors.

June 2, 2020

Ms Bobbie
Stiles Hunt

3

FOREVER

NORTH HOUSTON TX 773

04 JUN 2020 PM 2 L

Ms. Robbie David Havenkamp
#702073
Stokes Unit
3060 FM 3514
Beaumont, Texas
77705

Legal Mail

U. S. District Court
Southern District of Texas
FILED

JUN 08 2020

David J. Bradley, Clerk of Court

U.S. District Court
Southern District of Texas
1133 N. Shoreline Bld. Ste 208
Corpus Christi, Texas
78401-9811

78401-204258