United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
JUN 12 2020
David J. Bradley, Clerk of Court

| | |
|---|---|
| Ms Bobbie David Haverkamp<br>Plaintiff | |
| vs | Civil Action 2:17-CV-18 |
| Dr. Lawette Linthicum<br>Dr. Cynthia Jumper<br>F. Parker Hudson<br>Dr. Philip Keiser<br>Rodney Barrow<br>Preston Johnson Jr<br>John Burress<br>Erin Wyrick<br>Jeffrey Beeson<br>Dee Bridgewater<br>Defendants | |

Plaintiff's Memorandum
in Opposition to Defendants
Motion to Extend Time on
Interested Party Selene Vinson,
Sky Blue Seat and "Belle" Millers.

To the Honorable Judge of said Court,
Now Comes, Ms Bobbie, AKA the Plaintiff in the

above Civil Action and ask the Court to deny the Defendants motion to enlarge time to respond Interested Party to the Plaintiff filed by, Vinson, Seat and Miller.

## A. Introduction

1) Plaintiff is Ms Bobbie David Haverkamp; Defendants are the name persons listed on the style of civil Action

2) Plaintiff sued defendants for Discrimination Sex-Sterotyping and Breech of Contract

3) The circumstances that triggered the Plaintiff's Motion is the Defendants failure to resond to a June 8, 2020 Court order on three party to the Plaintiff Civil Action on a Motion to Intervene as a Interested Party of Vinson, Seat and Miller.

4) Defendants did not file its motion to enlarge time until June 8, 2020 which was on the deadline for the Court to issue a Protective Order against the Plaintiff.

A Protective Order is not a answer, but only a motion asking the Court to

do something.

5) The Court should deny the Defendants request for a "Protective Order" as a answer to the "Party to the Plaintiff", this protective order is not a answer.

The protection order is only a wish list of what the Defendants would like the Court to do.

The Court order for the Defendants to provide a answer to Intrusting Party to intervene was before the June 8 deadline.

The Defendants request for a Protective order came after the Court Order for the Defendants to respond.

This Protective Order is in the 5th Circuit and on the 5th Circuit Court Docket. The Defendants are playing the Corpus Christi Division Against the 5th Circuit.

The CMHC is in the 5th Circuit regardless of named Defendants.

c) The Defendants have not acted in good faith. The Defendants Answer as a protective order is only ment to vex and cause delay.

The interested Party's to intervene is a right confer on the interested Parties.

The Court order the Defendants to answer June 8, 2020. This nothing but to delay and vex the intrested Parties.

For the above reasons the Plaintiff ask the Court to deny the Defendants answer of a Protective Order, bond around the protective order and demand a response as was due June 8, 2020

So prays the Plaintiff
Ms Bobbae
June 8, 2020

## Certificate of Service

The Plaintiff files this with the Court and ask the Clerk to send a copy to:

① Texas Attorney General - Corbello
P.O. 12548
Austin, Texas 78711-2548

② Rights Behind Bars — Weiss
416 Florida Ave NW #26152
Washington, DC.
20001