United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
JUN 3 0 2020
David J. Bradley, Clerk of Court

Ms. Bobbie David Hoverkamp
Plaintiff

-vs-

CMHC of 2020
Defendants

Civil action 2:17-cv-18

motion

1964 Civil Rights Act.
against Discrimination
in the Work Place

To the Honorable Judge of said Court,

Now Comes,
Ms. Bobbie, A/K/A the Plaintiff and request notification of the present/above Civil action 2:17-cv-18 to interested parties in the Texas Prison System.

Arguement for Notification

Your Honor the present civil action involves, Equal protection, Discrimination and breach of contract.

In the recent Supreme Court ruling as regards to the 1964 Civil rights Act against discrimination against gay people, the Supreme ruled Transgenders are covered by the 1964 Civil Right's Act on discrimination in the work place

Discrimination is the second wrong with Sex stereotyping of a transgender due to she must cut her hair like a male, look like a male, and act like a male

Your Honor, go directly to legal claim #3, document 62 page 20 of 37, the claim is what the Supreme Court is talking about

Transgenders have jobs in prison, yet discrimnation takes place because we are forced to cut our hair like a male, are denied cosmetices, forced to look like a male.

This is not a isolated incidents, its affects every transexual woman in prison

The 'order Setting deadlines' are gone with the June 3, 2020 Stay and who knows about the 5th circuit Stay?

We still have no firm date on the offical community Hearing

Your Honor, either way we slice the pie, the 1964 Civil Rights Act looms in our face

Civil action 2:17-cv-18 has a Supreme Court decision that creates a genuine disputed issue of fact. Yet the present civil action is on a 'Stay'

While the 'Stay' is in effect the Plaintiff asks for notification of the Civil action for interested parties in the prison newspaper 'The Echo'. Enclosed is the Echo for Court examination

Civil action 2:17-cv-18 is a narrowly focus court action and only affects transgenders in prison. No other notification would be required.

we have the time space open to us due to the Stay. Its a narrowly focus notification and involves the 1964 Civil Right Act which the present action involves civil rights

The Plaintiff asks for notification

Ms Bobbie

## Certification of Service

The Plaintiff swears on penalty of perjury that she drop this in the prison mail box on June 22, 2020 to be delivered to the clerk of the courts to file and mail the following attorneys:

1) Texas Attorney General - Corbello
P.O. 12548
Austin, Texas 78711-2548

and

2) Right Behind Bars
Samuel Weiss - Attorney at Law
416 Florida Ave, NW 20152
Washington, DC
2001

So Swears the Plaintiff
Ms. Bobbie
Stiles Unit