United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED

JUL 10 2020

David J. Bradley, Clerk of Court

David Allan Haverkamp
AKA Bobbie Lee Haverkamp
Plaintiff

-vs-

Rodney Barrow, Preston Johnson Jr.
John Burros, Erwin Wyrick
Jeffery Beeson, Dee Budgerwater
    acting for the University directors
of mental health Services and
Universal regional or Senior Medical
authorites for treatment plans
and hormone therapy related to
   GID    Defendants

Civil action
2:17-cv-18

United States Courts
Southern District of Texas
FILED

JUL 10 2020

David J. Bradley, Clerk of Court

Summery of
July 2, 2020 Tele-conference

To the Honorable Judge of said Court,
                Now Comes, Ms. Bobbie
AKA the Plaintiff and presents the Plaintiff's summery of the
Tel-conference and points that the Defendants Attorney left
out of the Court procedings

The Plaintiff will take this by the numbers so nothing is left out.

1) It is true the PLRA is a precedure that is narrowly drawn for injunction relief. This came about due the Ruiz Settlement and court ruling of Justice William Wayne Justice.

The Ruiz Settlement forced Texas to overhaul the prison system to make-up the defects of prisoner's conditions

In the present Civil action the Defendants attorneys tried to make advancements of this cause by pointing out the PLRA could not provide relief due to no-one in prison has ever had Sex-reassignment Surgery

Your Honor the counter-point is when a civil action relief narrows a court ruling the PLRA can finish relief.

What interesting to note is civil action 2:17-CV-18 was filed months before any ruling from Gibson/Collins, supra, yet the present Civil action mirrors the 5th circuit ruling that non-invasive treatments and SRS was good acceptable treatment for transgenders

When the Defendants Attorneys make the point no one in Texas Prisons has ever had SRS, their arguement becose moot when the 5th circuit ruled non-invasive treatments and SRS were acceptable treatments for a Transgender.

2) The Defendants tryed to advance that the Plaintiff Equal Protection claim was invailed when no one has had SRS either heterosexual males or Cisgender females.

When the Court reconized that the Plaintiff was similar siteated to cis-gender females then the Plaintiff is moved to the group of inmates that UTMB phyicans reconries where She belongs as female

The 5th circuit ruling that non-invasive treatments and SRS were for a class of inmates that exhibited female charactristcs and were diagnose with Gender Dysporia.

Equal Protection comes into play when two groups of inmates that exhibited the same characters are treated differently

SRS is not the issue, the true issue is a cis-gender can have Surgery to correct health problems, yet when a transgender can not have Surgery to Corred her health problems then a violation of Equal Protection occurs

Using Lindquist-v-City of Pasadena, Texas[1] in Similar siteated Situation the Court ruled is not a requirement susceptable to ridid, mechanial application - there is no precise formula to determine whether an individual is Similarly situated to comarotors. Its really a inquary in case specific and requires the Court to consider 'the full variety of factors that

---

[1] 669 F.3d 225, 233 (5th cir 2013)

an objectively reasonable decision maker would have found relevant in making the challenged decision.

As far as using a FRCP 12 motion to dismiss the Complaint, The more correct procedure will be to dismiss the Complaint in Summery Judgement as a matter of law, the FRCP motion Cannot be used, also the Defendants own attorneys said their Defendants could not provide relief and told the Court plainly they didnt know who could.

### Certification of Service

The Plaintiff swears on penalty of perjury that she drop this in the prison mail box on July 8, 2020 to be delivered to the Clerk of the Courts to file and mail the following attorneys

1) Texas Attorney General - Corbello
   P.O. 12548
   Austin, Texas 78711-2548

and

2) Right Behind Bars
   Samual Weiss Attorney at law
   416 Florida Ave. NW 26152
   Washington, DC 20001

So Swears the Plaintiff
Ms. Bobbie
Stiles Unit.
July 8, 2020