United State's District Court
Southern District of Texas
Corpus Christi Division

David Allen Haverkamp
TDCJ # 702013 aka Bobbie
Lee Haverkamp
    Plaintiff

vs.

Burrow, Johnson, Barrus
Wyrick, Beeson, Budgewater
Keiser, ... Acting for the
University Directors of Mental
Health Services and Universal
Regional or Senior Medical
Authorities for the treatment
plans and hormone therapy
related to G.I.D.
    Defendants

Civil Action 2:17-CV-18

United States Courts
Southern District of Texas
FILED
JUL 15 2020
David J. Bradley, Clerk of Court

Motion to Dismiss
Above Defendants under
FRCP 17(a) / Legal Standing

To the Honorable Judge of said Court

Now Comes, Ms Bobbie AKA the Plaintiff and seeks Dismissal of Defendants Burrow, Johnson, Barrus, Wyrick, Beeson, Budgewater, Keiser from the above Civil Action.

### Arguements

① Under the standard of Mutuelles Unies - v- Kroll/Linstrom ① says a proper ratification pursuant to FRCP 17(a) requires the ratifying party to (1) Authorize continuation of the Action; (2) agree to be bound by the lawsuits results.

② Your Honor, the Plaintiff has made clear her objections to the legal standings of the above Defendants to Dismiss Civil Actions 2:17-CV-18 based on the Defendants cannot be sued as sue as voluntary members of the Correctional Manage Health Care Committe and the Defendants accept no responsibities to represents the Does in the present Civil Action.

The Texas Attorney General made it crystal clear the above Defendants could not provide relief and they didn't know who could.

① 957 F2d 707, 712 (9th Cir 1992)

③ The above named Defendants are named in the present Civil Action by submission of the Texas Attorney General.

④ The Plaintiff satisfieds the requirement of FRCP 17(a) for dismissal.
The Defendants denial of continuation of the action and they do not agree to be bound by the results of the lawsuit that asks for medical treatment authorized by the 5th Circuit for Gender Dysporia, being non-invasive treatment, and SRS②

⑤ These reasons support the Plaintiff's motion to dismiss the above Defendants and require the Texas Attorney General to produce the correct John/Jane Doe Defendants by Court Order dated Feb 24, 2017.

John or Jane Doe

Directors of University of Texas Mental Health Services Medical Branch at Austin, Texas

Directors of University of Texas Medical Branch at Austin, Texas

① 957 F2d 707, 712 (9th Cir 1992)
② SRS — Sex reassignment Surgery

⑤ cont.

  Directors of Texas Regional Medical Services Branch of Texas

  University of Texas Seniors Medical Directors Service Branch of Texas

      Defendants

⑥ The Plaintiff is asking no more of the Texas Attorney General than what was expected in the Feb 24, 2017 Court order.

7) The Plaintiff asks for a Dismissal of the Defendants, dismissal of Court Docket 158 with prejudice based of Rule 17(a).

8) The Plaintiff respectfully asks for Court order for the Texas Attorney General to produce the correct Defendants as listed in #5 as he was required to do.

9) The Plaintiff is pro-se, asks for a liberal reading of this motion.

      So Prays the Plaintiff
      Ms Bobbie
      July 10, 2020
      Stiles Unit.

## Certification of Service

I, Ms Bobbie swear on the penality of perjury this motion was drop in the prison mailbox July 13, 2020 for mailing to the Clerk of the Courts to be:

1) filed with the court

2) Mailed to  Texas Attorney General - Corbello
   P.O. 12548
   Austin, Texas 78711-2548

3) Mailed to  Rights Behind Bars
   Samuel Weiss - Attorney At Law
   416 Florida Ave NW 26152
   Washington, D.C. 20001

So swears the Plaintiff
Ms Bobbie
July 13, 2020