UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DAVID ALLEN HAVERKAMP; aka      §
HAVERKAMP,                      §
                                §
        Plaintiffs,             §
VS.                             §      CIVIL ACTION NO. 2:17-CV-18
                                §
JOSEPH  PENN, *et al*,          §
                                §
        Defendants.             §

## ORDER DENYING PENDING MOTIONS

Plaintiff,[1] proceeding *pro se* and *in forma pauperis*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the Court are the following motions: (1) "Motion 1964 Civil Rights Act against Discrimination in the Work Place" (D.E. 185); (2) "Motion for Discourse on Doe Defendants and Question of Law to Court" (D.E. 187); (3) Motion for Court Guidance (D.E. 188); (4) Motion for Clarification (D.E. 190); (5) Motion for Question of Law (D.E. 193); and (6) Motion for Question of Law and Fact (D.E. 194).

Plaintiff's motions present either (1) arguments in support of her claims that are more properly brought forth in connection with dispositive motions; or (2) matters addressed in the undersigned's Memorandum or Recommendation entered contemporaneously with this Order. Thus, after careful review of each motion, the undersigned concludes that Plaintiff is not entitled to any relief at this time.   Plaintiff's

---

[1] Plaintiff requests that the Court utilize feminine pronouns when referring to Plaintiff.  (D.E. 2, p. 1).  The undersigned, therefore, will refer to Plaintiff in this Memorandum and recommendation as her preferred gender of female, using feminine pronouns.

motions (D.E. 185, 187, 188, 190, 193, 194) are **DENIED**.


ORDERED this 16th day of July, 2020.

_____
Julie K. Hampton
United States Magistrate Judge