IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID HAVERKAMP, § | | |
| TDCJ NO. 00702013, § | | |
|     Plaintiff, § | | |
| § | Civil Action No. 2:17-CV-00018 | |
| v. § | | |
| § | Jury Demand | |
| JOSEPH PENN, *et al.*, § | | |
|     Defendants. § | | |

### DEFENDANTS' ADVISORY
### CONCERNING SUBSTITUTION BY RULE[1]

Plaintiff's lawsuit includes an official capacity claim against Dr. Rodney Burrow, in his official capacity as a member of the state's Correctional Managed Health Care Committee ("CMHCC"). Dr. Burrow recently resigned his position on the CMHCC. Governor Greg Abbott has appointed Robert Greenberg, M.D. in Dr. Burrow's place.

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Dr. Robert Greenberg now substitutes automatically for Dr. Rodney Burrow.

**Dated:** July 28, 2020.

                                                    Respectfully Submitted.

                                                    **KEN PAXTON**
                                                    Attorney General of Texas

                                                    **JEFFREY C. MATEER**
                                                    First Assistant Attorney General

                                                    **RYAN L. BANGERT**
                                                    Deputy First Assistant Attorney General

---

[1] The substituted defendant respectfully requests that this Court direct the district clerk to amend the docket to reflect the proper parties.

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General
Texas State Bar No. 24097533
Southern District ID No. 3089117
courtney.corbello@oag.texas.gov
**ATTORNEYS FOR DEFENDANTS PENN, JUMPER, HUDSON, GREENBERG, BURRUSS, JOHNSON, WYRICK, BEESON AND BUDGEWATER**

**OFFICE OF THE ATTORNEY GENERAL**
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 370-9410 (Fax)

## NOTICE OF ELECTRONIC FILING

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on July 28, 2020.

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and forgoing has been served via US Postal Service, postage prepaid, certified mail, return receipt requested, on July 28, 2020, addressed to:

David Alan Haverkamp
a/k/a Bobbie Lee Haverkamp, #702013
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General