UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP; aka HAVERKAMP, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-18 |
| JOSEPH PENN, *et al*, | § § § | |
| Defendants. | § | |

## ORDER DIRECTING DEFENDANTS TO ANSWER

Plaintiff David Allen Haverkamp, proceeding *pro se* and *in forma pauperis*, has filed this prisoner civil rights complaint pursuant to 42 U.S.C. §1983. The District Court has adopted the Memorandum and Recommendations (M&Rs) submitted by the undersigned. (D.E.s 210 & 212). To date, no Defendant has filed an answer. In order for this action to proceed without any undue delay, Defendants are **ORDERED** to submit their answer(s) within **on or before Friday, November 6, 2020**.

ORDERED this 7th day of October, 2020.

_____
Julie K. Hampton
United States Magistrate Judge