United States Courts
Southern District of Texas
FILED

OCT 21 2020

David J. Bradley, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

No. 20-40683

A True Copy
Certified order issued Oct 21, 2020

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

DAVID ALLEN HAVERKAMP, *also known as* BOBBIE LEE HAVERKAMP,

*Plaintiff—Appellee,*

*versus*

PRESTON JOHNSON, JR.; JOHN BURRUSS; ERIN WYRICK; JEFFREY BEESON; DEE BUDGEWATER; ROBERT GREENBERG,

*Defendants—Appellants.*

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 2:17-CV-18

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal for Defendant Rodney Burrow is dismissed as of October 21, 2020, pursuant to appellant's motion.

20-40683

By: _____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Shawn D. Henderson, Deputy Clerk
ENTERED AT THE DIRECTION OF THE COURT