United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
OCT 19 2020
David J. Bradley, Clerk of Court

David Allen Haverkamp
AKA Bobbie Lee Haverkamp
Plaintiff

vs

Burrow, Johnson, Burrass
Wyrick, Beeson, Budgewater
Defendants

Civil Action
2:17-CU-18
Jury Demand.

## Objection to Notice of Appeal

To the Honorable Judge of Said Court,

Now Comes, Ms Bobbie AKA the Plaintiff and files a objection to the notice of Defendants Appeal.

### Objections

Your Honor, the Plaintiff received the District Court order that the 5th Circuit had denied the Stay on the Defendants that filed first.

Then the District Judge accepted the Magistrates M/R, which the Magistrate Judge proceeded to order, Bessow, Johnson, Burress, Wyrick, Beeson, Bridgewater to answer Civil Action 2:17-cv-18 by Nov 6, 2020.

On Oct 14, 2020 I get this Defendants notice of Appeal that basicly says, "The filing of a notice of appeal is an event of jurisdictional significance — it confers jurisdiction on the court of Appeals and divest the district Court of its control over those aspects of the case involved in the appeal."

① The Plaintiff is confused, the appeal is about "entitlement to sovereign immunity."

② OK, the first Bunch of Defendants ran up to the 5th Circuit on Sovereign immunity" and a "Stay."

③ The 5th Circuit denied the "Stay" and the District Court proceeded forward.

④ This Oct 9, 2020 Notice of Appeal is for the same error as the first Bunch — Official Immunity.

⑤ Your Honor, I can't tell the Defendants how to manage their case but the Plaintiff satisfyed the Ex Parte Young standards with all flag flying.

⑥ So, if these appeals are interlocutory then, if the 2nd Bunch of Defendants are part of the 1st Bunch and the question is this "Are they going to answer the Civil Action Nov 6, 2020 or not?

⑦ It's not plain what's going on — OK, the District Court lost control over the "sovereign immunity Issue", the 5th Circuit never gave the 2nd Bunch a "carte blanche" ex-post facto "Stay" not to answer the Civil Action on Nov 6, 2020

⑧ The way I understood the 5th Circuits ruling, the Civil Action proceeds, regardless of what Defendants file what on Immunity.

⑨ We have come to a point, all the Defendants have to be on the same page, if not this will drag on — on - on.

10) The 5th Circuit turns down the "Stay" of the first Bunch of Defendants —

OK, they need to answer the Civil Action.

11) The 2nd Bunch is tied in a interlockery appeal — they need to answer the Civil Action except for immunity.

## Summary

Your Honor, Jan 2021 starts the Civil Actions 5th year. It's not going away, its a active case. All this delay is strickly on the Defendants.

Yet, I'm the one that need the non-invasive treatment the 5th Circuit said was OK.

Can anyone make a exception and allow me the non-invasive treatments, or Do they just get to Sex-Sterotype me.

Remember, in the Tel-conference, Oh, we well have a answer Back in 3 months — well the District Judge waited 3 months from the 5th Circuits

ruling, then adopted the Magistrates Judges M/R recommendations.

The Plaintiff satisfied the Ex Parte Young rulings, so whats the Defendants beef?

OK, I'm all in, just to let the Court know — I got a 95 page thesis on genuine debateable issues for a trier of fact. All the Court needs to say is "Mail it" — within 72 hours it will be winging it way to be filed.

Your Honor, the Defendants are going to answer the civil action, I'm not going no place, I'm not quitting, I expect a answer.

So Prays the Plaintiff
Ms Bobbie

Certificate of Service

This was not served on the Defendants, its ask the Court for clarification on is the Civil Action going to be answer on Nov 6, 2020 or not.

So Prays the Plaintiff
Ms Bobbie
Oct 16, 2020

Hauerkamp, D
#7070013
3060 FM 3514
Beaumont, TX 77705

Legal Mail

United States Courts
Southern District of Texas
FILED
OCT 19 2020
David J. Bradley, Clerk of Court

NORTH HOUSTON TX 773
15 OCT 2020 PM 5 L

U.S. District Court
Southern District of Texas
1133 N. Shoreline Dr Ste 208
Corpus Christi, Texas
78401-2047