Nov 9, 2020

From: Ms Bobbie David Hacer Kamp
#702013
Stiller Unit
Beaumont, Texas 77705

17CV 0018

United States Courts
Southern District of Texas
FILED

NOV 12 2020

David J. Bradley, Clerk of Court

Dear Honorable Clerk,

By the numbers so nothing gets lost.

1) The Mag. Judge order the Defendant to Answer Nov 6, 2020. <u>Didn't happen</u>.

2) There's seems to be some confusing, the "Motion to Stay" Defendants (MTS Defendants) were order by the 5th Circuit to answer the Writ.

What happen??!!

3) I dd get a letter from the 5th Circuit Clerk the "Motion to Dismiss" Defendant (MTD Defendants) were given 40 day to file their Appeal, which puts it about Dec 15, 2020.

If the Interlocking Appeal applys to the MTS Defendants, then the MTD Defendants should fall under the same 5th Circuit Court order to answer the Civil Action.

④ Now Jan 2021, we enters into the fifth year the Civil Actions been in Motion.

⑤ You got a odd thing slowing up by the 5th Circuit to the MTD Defendants. The 5th Circuits laying down the rules for sealing the records. The 5th Circuit didn't do this in MTD Defendants.

The 5th Circuit told the MTD Defendants there was a strong presumption the public had a right to Know.

Its like the MTD Defendants are going to push this.

I can't see the grounds for sealing the Civil Suit — we are at depthcon 5, all the ICBM are in their silos — you don't fuel till Depthcon 3 — Depthcon 2 the silo doors are open and depthcon 1 — launch.
So there's no National emergency.

Also, it seems everyone knows about the Civil Suit, so you can't keep it secret.

⑥ The Ball's in the Courts.

Tell the Judge — Her Court order was ignored

M. Bobbie