United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED

DEC 14 2020

David J. Bradley, Clerk of Court

Bobbie Lee Hauerkamp
Plaintiff

vs.

Joseph Penn, et al
Defendants

Civil Action
2:17-CV-18

Plaintiff's responce
to Defendants Joint Advisory

To the Honorable Judge of Said Court,
Now, Comes Ms. Bobbie Lee Hauerkamp, AKA the Plaintiff and needs to address the Defendants Joint Advisory.

By the Numbers so nothing is lost.

1) The Plaintiff notes that all the Defendants are now formed in one group.

2) On page 4 of 6, the Defendants mention the Ex parte Young exception

①

to sovereign immunity and to what extent does the Equal Protection Clause protect the Plaintiff from denial of sexual reassignment surgery — Already found permissible under the Eighth Amendment — against members of a non-jural Entity that participates in the formulation of medical policy.

First, the 5th Circuit has said, "Non-invasive treatments and sexual reassignment surgery were acceptable treatments for transgenders."

The Honorable Corbello is mis-characterize the Gibson case. The 5th Circuit said it was not a violation of the 8th Amendment to deny sex-reassignment surgery when there is a controversy in the medical community.

The State borrowed a case called Kosilek, supra and presented it to the 5th Circuit, as the 5th Circuit ruled for the State, the Court also said it would be a better practice for them to bring their own witness.

Johns Hopkins University reversed their position after Gibson, resumed SRS and it is considered safe and effective.

These are issues in Civil Action 2:17-CV-18, the Plaintiff assures the Court she can meet any evidence the Honorable Corbello wishes to present to the District Court, the 5th Circuit or the Supreme Court.

Your Honor, in closing, the Plaintiff met the Ex Parte Young standard and is required to do no more.

The issue of immunity is out of the Plaintiff's hands, but we should get a ruling on will the present Civil Action move forward.

So Prays the Plaintiff
Ms Bobbie

Filed on 12-10-2020 by mailing in the prison mailbox.
A Certificate of Service was mailed to the Defendants, Honorable Corbello at Texas Attorney General
P.O. 12548
Austin, Texas 78711-2548

So Swears
Ms Bobbie

12-10-2020