United States District Court
Southern District of Texas
Corpus Christi Division

Bobbie Lee Haverkamp
Plaintiff

vs

Dodson, Linthicum, Jumper
Hudson, Keisers, Benson
Johnson, Burruss, Wyrick
Beeson, Budgewater
Defendants

United States Courts
Southern District of Texas
FILED

DEC 31 2020

David J. Bradley, Clerk of Court

Civil Action
2:17-CV-18

Plaintiffs' Advisory to the Court,
Objections to (9) Nine Defendants
that failed to answer Dec 14, 2020
Court orders.

To the Honorable Judge of Said Court,
 Now Comes, Ms Bobbie
AKA the Plaintiff and informs the Court
the Nine (9) Defendants have not answer
the Court orders to answer by Dec 14, 2020

(1)

The following Defendants have provided no answers: Jumper, Hudson, Keiser, Basrow, Johnson, Burrus, Wyrick, Beeson, Bridgewater.

Dr. Linthicum answer is a "General Denial" which basely in terms of legal jargon says the Defendants denies the allegations, — Now, you prove it.

This throws the Civil Action in the Courts lap under "Sua Sponte" summary Judgement using Celotex Corp - v- Catrett standard ①

or

We go to trial

Either way the Court has to examine the Evidence for Summary Judgement or trial.

> Your Honor, the Plaintiff needs the other nine (9) Defendants answer to the Civil Action before the Plaintiff submits the "Genuine Issues". Dr. Linthicum answers has Quirks in it that needs to be addressed

① 477 U.S. 317, 326, 106 S.Ct 2548, 2554 (1986)

②

Dr. Linthicums Quirks
in her answers.

Your Honor, I'll take this by the numbers in the intrest of moving on and its just to point out Dr Linthicums quirks.

① On page 1, Statement of Case, the Court will notice Dr. Linthicum is saying the Plaintiff alleges in her position as a member of CMHCC violated Constitutional rights under the 8th Amendment

Plaintiff's response — Not so!!, Dr Linthicum is a certified by the Courts, bonified Defendant that represents Mental/Medical Health Directors to provide medical treatments and Hormone therpy under the 2012, GID Policy 51.11

Dr. Linthicum uses the same tired Arguements throughout her answer, that basicly she's whining about she's entitled to sovereign immunity

③

2. The Court will notice Dr. Linthicum is using a legal defense tactic, she lacks "personal knowledge" — its all through her answers.

Your Honor, in trial, a Court Appointed Attorney for the Plaintiff will dice Dr. Linthicum into mincemeat under the Williams Standard that says when inexperience Medical Personal under take to treat medical promblems of the Plaintiff they are held to the same professional standard of a experienced medical professional.

Lets remember, Dr. Linthicum under retired Magistrate Judge Ellington dodge the question of who could provide relief to the Plaintiff.

Magistrate Judge Ellington was forced to approved a Civil Action under John/Jane Doe.

About 45 days later, the Texas Attorney General submitted 10 names to the Court, then when the Defendants lost the 12B motion for failure to state a claim, jump ship and brough in new people to represent.

④

There's no sences in hashing out the history of the Civil Action.

The Court is asks to take notice that no matter how Dr. Linthicum whines about lack of personal knowledge, she had ample oppertunity to name the Medical and Mental Health Directors that could provide treatment plans and hormone therapy.

Instead the Defendants gutted the 2012 policy of G-51.11 that named these people.

This is all on file and will be brought in a Sua sponte Summary Judgement as trial.

Court Docket 67/68 is still in need of a ruling from the Court.

3) The Plaintiff is well aware the Defendants General Denial is pushing the Plaintiff in a position of "Put up" or "Shut up"

This position is deadly for the Defendants. The Plaintiff can meet.

④ Your Honor, in Dr Lithicum's answer page 6, top of the page, item (5) whether HarverKamp is medically qualified to receive sexual reassignment surgery.

This is a interesting point, yet Dr. Lithicum doesn't finish what the Court has defined as the [true reach] of the present Civil Action.

The following interesting parties Selene of the Styles Unit, Sky Blue of the Styles Unit, Bella of the Stiles Unit, Lilly Hopkins of the Telford Unit, Ms Gibson of the Hughes Unit, Ms Merworth of the Hughes Unit all come under the [reach] of Civil Action 7:17-CV-18.

The Court ruled the above people were protected ② under the present Civil Action along with other transgender being M/F or F/M. So the Plaintiff ① if there is a Sesponte Summary Judgement will require a medical examination by the Plaintiff expert witness for SRS and for trial.

Now, under Equal Protection the present Civil Action covers transGenders,
① and other interesting parties that are ready for SRS
② Unless shown otherwise, the Civil Action protects and represents their interests.

either male to female or female to male., that's the true reach of the civil action.

Using Dr. Linthicum lodge then logically speaking how many are medically qualified to receive sexual reassignment surgery.

The Plaintiff motion asking Dr. Gordon of the Defendants Gender Clinic in Galveston to provide a number, is sound reasoning.

So, How many Male to female are they?

So, How many Female to Male are they?

Your Honor, Dr. Linthicum open the Door, Discovery will get us there.

5) The Defendants very lightly address the Plaintiff's Equal Protection claim, yet is rising to the point that SRS becomes a secondary issue.

The issue is, Does a transgender have the right to Equal Protection of law in Texas Prisons that provides medical care

that a Hetrosexual male recieves as Cisgender female inmate

Does the State have the Right to deny medical care saying basily that a Transgender is a Hetrosexual Male with a mental disorder and does not qualify under the WPATH Medical Standards.

So, does a transgender actual have a right to exist or is Equal Protection denied because the classification in Texas doesn't exist?

### Closing

Your Honor, the Plaintiff asks for the other nine (9) Defendants answers — once I recieve them the Plaintiff will give the Court her Brief and filed the Genuine Disputed Issues.

So Prays the Plaintiff
Ms Bobbie
12-24-2020

### Certification of Service

No certification was mailed due to this is a advisory asking for additional Briefs.

Ms Bobbie

(8)