United States District Court
Southern District of Texas
Corpus Christi Division

Bobbie Lee Haverkamp
Plaintiff

vs

Jumper, Hudson, Keiser
Burrow, Johnson, Burrus
Wyrick, Beeson, Budgewater
Defendants

Acting for various John
and Jane Does, who
are comprised of Directors from the UTMB,
the University of Texas Mental Health Services,
UTMB regional directors, and University of Texas
senior medical directors (D.E. 189, p6)

Civil Action
2:17-CV-18

Entry of Default

Filed: Jan 18, 2021

United States Courts
Southern District of Texas
FILED

FEB 02 2021

Nathan Ochsner, Clerk of Court

Entry of Default.

①

To the Honorable Judge of Said Court,

Now Comes, Ms Bobbie, AKA the Plaintiff in the above Civil Action and requests a Entry of Default against Jumper, Hudson, Keiser, Burrow, Johnson, Barras, Wyrick, Beeson, Budgewater AKS FAILURE to Answer Defendants. (FTA Defendants).

### Address to the Court.

Your Honor, the Plaintiff's request for Entry of Default against the FTA Defendants is made under the most somber conditions and is depressing / joyless to the Plaintiff.

It has never been the Plaintiff's intentions to harm the FTA Defendants in the way of Monetary Damages, only to seek relief for Health Care, which is needed.

### Arguement to the Court for Entry of Default.

By the numbers so nothing is lost.

1). Your Honor, the Plaintiff will cut to the chase in the matter of "Entry of Default."

2) The FTA Defendants attorney, "Corbello/Strawn" will object to a "Entry of Default" due to A Motion to Dismiss under FRCP 12(b) is always sufficient action to avoid Entry of default.

3) The Plaintiff objects "early on".

4) Your Honor, the purpose of the complaint is to give the Defendants fair notice of the essence of the plaintiff claims that is clear enough to enable the defendant to answer and defend the suit.

The purpose of the Civil Procedures is to provide a fast, speedy settlement to a Civil Action

5) The FTA Defendants have lost all actions under the 12B motions.

> Once the District Court orders the FTA Defendants to answer the present Civil Action the legal clock is reset to where the defendants have 20 days to answer or to answer when the Courts deems.

United States Magistrate Judge Hampton

5) cont.

on the 7th day of October, 2020 orders the Defendants to answer the above civil action November 6, 2020

6) The Defendants ignored the Court order.

7) The Plaintiff brought the matter to the attention of the Court and Senior District Court Judge Tagle orders the Defendants to answer by Dec 14, 2020 or face sanctions.

8) Only one Defendant answers on Dec 14, 2020 that being Dr. Linthicum.

The other nine (9) Defendants, FTA Defendants ignored the order and failed to answer

9) The Plaintiff is filing the "Entry of Default" Jan 18, 2021, ninety days after the original order dated Nov 6, 2020.

10) The Plaintiff knows the dicey position that the Honorable Corrello is in, but to not answer a Court order is a shabby position when the FRCP provide

settlements with District Court directions.

11) Your Honor, on page 11/21 of the M/R filed by Mag. Judge Hampton the Court can plainly see that the FTA Defendants are providing space between them and the TDCJ Health Service Director, Dr. Linthicum.

"... the MTD Defendants represented that Dr. Linthicum is the TDCJ Health Service Director and not a CMHCC member."
..... that the health service division of TDCJ, which is headed by Dr. Linthicum, has the ultimate power to enforce policies within TDCJ" (D.E 198, pp 23-24)

So, in a logical approach, if the FTA Defendants wanted to treat the Plaintiff Gender Dysphoria under the WPATH Standard of care for non-invasive and SRS they would be in a tenacious position of Dr. Linthicum.

The FTA Defendants have policies in place for Long hair, policy for non-invasive treatments, policys that adopt the WPATH Standard of Care for SRS yet they

what the FTA Defendants want in the practice of medicien for Gender Dysporia it is Dr Linthicum, TDCJ Health Services Director that has the ultimate power to enforce policy, which had led to a denial of Equal protection.

12). Your Honor, enclosed is request for Production of documents, dated Jan 6, 2021 and the Plantiff expects a answer Feb 28, 2021.

The Plantiff gave the Defendants extra time to answer in the sprit of fair ness.

13) The Plantiff expects Dr. Linthicum to answer.

Now will the FTA Defendants answer? well the jurys out on this?

14. Under the guidelines of Entry of Default

1) The date the lawsuit was filed in Jan 2017

2) The Defendants were sesved in Jan 2017.

3) The Defendants are not infants or incompetent

14- cont

4) The Defendants are not in the military.

5) The Defendants did not file a answer to a Court order.

    A. Mag Judge Hampton - dated Oct 17, 2020

    B. Did not file a answer to Senior District Judge Dec. 14, 2020

    C. Did not file a answer to pro-se Plaintiff dated Jan 14, 2021

6) The Defendants made no appearance that will defend after Court order to answer the Civil Action

The Plaintiff is pro-se, never has filed a entry of default and begs the Court for liberly understanding

So Prays the Plaintiff
Ms Bobbie
Jan 18, 2021

(7)

Certification of Service

Your Honor, I swear the facts in the entry of default is true and correct.

The Plaintiff is going to file a Entry of Default with the FTA Defendants thru the Honorable Corbbelo, Texas Attorney General
P.O. 12598
Austin, Texas 78711-2548

This was mailed Jan 18, 2021 in the prison post office box.

So Swears the Plaintiff
Ms Bobbie
Jan 18, 2021

The Production of Documents have been mailed to you Jan 6, 2021