## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| **David Haverkamp,**<br>**TDCJ No. 00702013**<br>    *Plaintiff,*<br><br>v.<br><br>**Joseph Penn, et al.,**<br>    *Defendants.* | **Civil No. 2:17-cv-00018** |

# Exhibit A

United States District Court
Southern District of Texas
Corpus Christi Division

| | |
|---|---|
| Bobbie Lee Haverkamp<br>AKA. Haverkamp<br>Plaintiff | |
| vs | Civil Action<br>2:17-CV-18 |
| Doctor Linthicum, Jumper, Hudson, Keiser, Burrow Johnson, Barruso, Wyrick Beeson, Budgewater<br>Defendants | This request for Production of Documents supercedes all previous requests. |
| Acting for the University Directors of Mental/Medical Services or Seniors Medical Authorities for treatment plans and Hormone therapy related to GID. | Dated: Jan 6, 2021<br>Ms Bobbie<br>Plaintiff |

Plaintiff's Direct Request
for Production of Documents

①

To the Honorable Corbello,

Now Comes, Ms Bobbie, AKA the Plaintiff in the above Civil Action and request Production of Documents based on Holloway-v-Lockhart, 813 F2d 874 that Parties may obtain discovery without motion or Court order.

The Court ordering the Defendants to answer the above Civil Action supercedes any previous "Protective Order" the Defendants enjoyed.

Please mail all Documents to Stiles Mailroom, Beaumont Texas.

1) Produce the mission statement of the Office of Profession Standards TDCJ Health Service Division.

2) Name the individual in charge of the Office of Professional Standards and who does this supervisor report to.

3) Produce the oragnation chart for the office of Proffesional Service Standards for TDC and how UTMB Medical Services are tied together.

(2)

4). Dr. Joseph Penn was a Named Defendant in the above civil Action, Dr. Penn was released due to he could not provide relief.

The Plaintiff has read offical recordings on Medical by Dr. Penn.

4A. Show who Dr Penn reports to.

4B. Produce any meetings that change Medical Policy that involves Transgender Health. under Policy G-51.11.

5). Produce the 7th Edition of the WPATH Standard of Care for the health of Transgenders, Transexual, and Gender non-conforming people

6) The 7th Edition of WPATH is listed as a attachment to Policy G-51.11, produce how the 7th Edition of WPATH binds to Policy 51.11, dated 5/16/2012

7) Produce the Approved Medical Standard of Care that is accepted in the Medical Community, that the Office of Professional Standards uses to gauge the proper treatment for Gender Dysporia.

8. I am looking for 4 particular years — 2012, 2013, 2014, 2017.

- On page 22 of 23, documents 62-1 filed in TXSD on 10/05/17, you will notice the Document G-51.11 — Treatment of Offenders with Gender Disorders. Go to IV, it says:

> "The University Directors of mental Health Services and University Regional or Senior Medical Directors will be the Approving Authorities for treatment plans and Hormone therapy related G.I.D."

A. • Show the year this was deleted from Policy G-51.11, dated 5/16/2012

B. • ① Produce the offical Transcribes of the CMHC removing it, ② also the name of principle Actors involved.

C. • Show the vote of the CMHC on its removal # yes votes, # No votes

D. • Dr Linthicum is TDCJ-Health Services Director, she enforces policy per Court records — show the Date she Approved this deletion and any documents involved.

④

E. Produce the University Directors of mental Health for the years 2012, 2013, 2014, 2017 that were responsible for treatment plans and hormone therapy for the treatment of GID under Policy G-51.11 dated 5/16/2012

F. Please do the same for the University regional or Senior medical Directors.

G. Show the organizational chart for these positions and who these people report to.

H. Produce Dr. Gordon supervisor and show a organization chart of who Dr. Gordon supervisor reports to.

9. Produce the following documents from the 7th Edition of WPATH Standard of Care that is part of the attachments that Professional Services of TDCJ named.

A. Development Stages of the Transgender Coming out process by Bocking, W. & Coleman E (2007)

9. cont

B. Preventive Care of the Transgender Patient by Feldman, J (2007)

C. Surgical Treatment of Gender Dysphoria in Adults and Adolescents by Gus Lebrewayes (2007)

D. American Medical Association, 2008- Resolution 122 CA-08

E. 2008, Psychotherapy And the real Life experience by

F. 2008 Perception of Voice Transgender Client, Journal of Voice

G. 2008 World Health Organization for Transgender Health, WPATH clarification on medical necessity of treatment, sex reassignment and insurance coverage in the USA.

H. Towards Version 7th of the World Professional Association for Transgender Health.

13. Policy G-51.11, dated 5/16/2012 underwent revisions.
    Produce the changes and the Policys from 2012 to the present

    Produce the official public records that authorized the changes

14. The 51.11 has underwent changes, show how the WPATH website supports these changes, how does it Bind to Policy 51.11

Honorable Corbello,
    Enclosed request for production of Documents. I will expect delivery mailed to Stiles Mail room by the end of Feb 2021

            Sincerly
            Ms Bobbie.
            Jan 6, 2021

(7)



Texas Attorney General - Corbello
P.O. 12548
Austin, Texas
78711-2548

RECEIVED
JAN 25 2021
LEDD

ROUTED IN MAIL CENTER
JAN 22 2021

Havercamp, D
#702013
3 West Cir 3514
Beaumont TX 77705

Legal Mail

