United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
FEB 26 2021
Nathan Ochsner, Clerk of Court

Bobbie Lee Hoverkamp
Plaintiff

vs.

Joseph Penn, et al
Defendants

Civil Action
2:17-CV-18

Motion to clear up a Point of confusion in Document 235 for Stay/Protective Order by the Defendants

To the Honorable Judge of Said Court

Now Comes, Ms Bobbie, AKA the Plaintiff and needs to make sure that on page 3 of 10 in the Motion to Stay/Protective Order a point of order is cleared up.

## Arguement

The Honorable Bruce Garcia filed a answer to the Plaintiff's Amended complaint.

Garcia made it very clear he was filing only for Dr. Lowthicum.

Honorable Garcia was the only attorney's name on the answer.

Corbello's trying to say... "the answers noted that they were "filed with full reservation of rights to seek all necessary relief to prevent CMHCC Defendants from being subject to the Burdens of ongoing litigation while their appeal is pending."

This may apply to Dr. Lowthicum but the point is Corbello has not answered the Writ for her Defendants.

Your Honor, yes we have 10 Defendants but 3 different sets of Defendants that are represented by 3 different Lawyers.

They all have signed off on the Joint Motion to Stay/Protective Order but only Garcia answered the Civil Action, the other two, Corbello Strawn are in default.
End.

So Prays the Plaintiff
Ms Bobb—
Feb 22, 2021.

Hauer, Kamp
#7070613
3060 FM 3514
Beaumont, Texas
77705

Legal Mail

NORTH HOUSTON TX 773
24 FEB 2021 PM 1 L

United States Courts
Southern District of Texas
FILED
FEB 26 2021
Nathan Ochsner, Clerk of Court

U.S. Federal District Court
Southern District of Texas
1133 N. Shoreline Blvd., St 208
Corpus Christi, Texas
78401

78401-204258