Please present this separate to the Judge

United States Courts
Southern District of Texas
FILED
MAR 11 2021
Nathan Ochsner, Clerk of Court

3-3-21

Letter to Texas Attorney General Corbello 3-3-21 copy to Court

From: Ms Bobbie Lee Havenkamp
#702013
Stiles Unit

Re: Havenkamp-v-Penn, et al
cause # 2:17-CV-18

Dear Ms Corbello,

I will take this opportunity to cover some subject. By the numbers so nothing is lost.

1). Thank-you for your kindness on expand my time and finances, let me assure you the finances in this matter are no problem.

In prison, certain favors will get the entire prison resources laid out for you.

Still, it was kind of you and your home style, very rare these days.

2. Your going over my Discovery Request, Stop.

A "gold standard" was set by the Court in 2017 that you are required to meet.

"You have to provide a list of Defendants

1

that can provide the Plaintiff relief for non-invasive treatments and SRS."

Go to the tele-conference with Mag. Judge Ellington and Texas Attorneys Rhea, Willey and Cunningham, its all layed out for you.

They listed 10 Defendants to the Court that could provide relief, the Plaintiff had no part in this — its all on your Office.

You've listed the 3rd set of Defendants, you pulled them off the CMHCC Committee who represented the listed Defendants on the Ahanded Complaint.
You're still under the "Gold Standard", you represented these people could provide relief.

I have filed objections with the Court on any new defendants being named — we got a full house, they represent other people and You've said they can provide relief. I never objected, put up with the delay and kept on trucking.

I understand this jurisdiction error now — I object.

2

3. You certainly have the right to look, let us hope the named Defendants in the Amended Civil Action exists.

I have question their existence in Discovery.

Ms Corbello, if these people do not exists, we all are in big trouble with a lie to the Court. That will go over real smooth with Senior District Court Judge Tagle — you think!!

4) Ms Corbello, I'm ready to meet the legal Battle, all the "Formation of issues" are ready to go. There won't be delay on my part.

In closing, the Burden is yours to provide the right Defendants that can provide relief. So non-invasive treatment and SRS, don't fail — Judge Tagle is on edge.

See you March 29, 2021, you need to talk to me before you submit to Judge Tagle. Both of us know your at the end of your rope, that's OK for us But Judge Tagle is getting miffed at this Civil Action.

Remember, use the phone — call the Law Library Stiles — they can set up a conference call.

Communication is the Key to understanding.

Sincerely
Ms Bobbie
3-3-21

3