United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
APR 05 2021
Nathan Ochsner, Clerk of Court

Ms. Bobbie Lee Haverkamp
Plaintiff

vs

Joseph Penn, et al
Defendants

Civil Action
2:17-CV-18

Motion for Complicacy
by Honorable Corbello to bring forth
Any Additional Defendants

To the Honorable Judge of Said Court,
                                          Now Comes,
Ms Bobbie AKA the Plaintiff and brings for the
motion for Complicacy.

Address to Court.

Your Honor, on Jan 6, 2021 the Plaintiff
filed under the Holloway-v-Lockhart Standard [1]
that Parties may obtain Discovery without motion

[1] 813 F2d 874

①

or Court orders.[2]

Docket 235-1 was due in 30 days, due to the complexity of the Document the Plaintiff gave a extra 30 days, till the end of Feb 2021.

Honorable Corbello wrote the Plaintiff asking for a additional 30 days due to weather (ice storms) which was agreed to, the new date March 31, 2021.

Court Docket 235 granted Parties may only conduct Discovery as to the identities and roles of the Defendants. Once those issues are resolved, and any improper Defendants are dismissed from this case, the Court will lift the protection orders.

Court Docket 235 was filed 2/22/2021 right at the end of the extra time that was given Corbello to answer.

Corbello received a extra 30 day from the Plaintiff till March 31, 2021.

The time is up, discovery is up, time has ran out.

[2] Court DK 235-1, filed 2/05/21 for information to Court

Your Honor, Corbello thinking is she has a Blank-check on time to report to the Clerk.

The Plaintiff objects:

At this point, the Plaintiff has to assume Corbello is trying to find scapegoats to rescue her CMHCC Committe that now represent the Regionals Mental and Medical Health Directors in Paragraph IV of Policy G-51.11 dated 5/16/2012 page 22 of 23, Document 62-1 Amended Complaint.

The Plaintiff has already made a Plausible Claim according to this District Court that the present Defendants are held responsable and represent the Mental and Medical Health Directors of the various regions in TDCJ/UTMB and then the Court agreed that the Plaintiff made a plausible claim how they affected the treatment of the Plaintiff Gender Dysporia. DE 123 p3, DKE 186 filed 7/02/2020

Your Honor, in Docket 186, 07/02/2020 Corbello tryed to make a Big Showing in a Tel-conference with Mag. Judge Hampton that the Plaintiff couldn't sue the CMHCC but,

(3)

Corbello stumbled, Mag Judge Hampton found out in the Tel-conference the Plaintiff never sued the CMHCC, [NOR] were they ever mention in the present Civil Action. See Docket 178, p 2 (DE 178, 3) See - Civil Docket 2:17-CV-00018, p 3 of 23

The listed Defendants were added by the State, Corbello inserted the CMHCC to represent the Mental/Health Directors of the Health Care Policy G-51.11 dated 5/16/2012 that provided the treatment for the Plaintiff, et al. Docket 186, Docket 71

Your Honor, this Court has went thru 126 motions to Dismiss for failure to State a claim, Jurisdictions Errors, 5th Circuit immunity errors with extended Arguements in the 5th Circuit.

At no time were the present Defendants Ever represented not to be the proper Defendants.

This very Court in Docket 127 on 4/8/2020 order the Defendants to respond to the Plaintiff claims.
Now a year later, we are looking for improper Defendants per D.E. 237 02/22/2021

Really!!

Your Honors, Corbello is doing "Legal Danceing", this is where a person files this brief, then files another one and another one — on and on and on.

At all three Civil Action 2:17-CV-18, it has to come to a close.

We need to move on, five years is long enough. The Court knows the Plaintiff has never filed for a extention of time, always answered, has her formation of issues ready.

Corbello needs to answer the Civil Action or go for settlement.

The Plaintiff objects to any further delay

So Prays the Plaintiff

Ms Bobbie
4-2-2021

Certification of Service

This was not sent to the Defendants, the Court has to decide if the Plaintiff motion is valid.

Ms Bobbie
4-2-2021

(5)

Ms Bobbie Lee Grace Kay
#7020013
Stiles Unit
3060 FM 3514
Beaumont, Texas
77705

Legal Mail

NORTH HOUSTON TX 773
2 APR 2021 PM 1 L

United States Courts
Southern District of Texas
FILED

APR 05 2021

Nathan Ochsner, Clerk of Court

United States Federal District Court
Southern District of Texas
Corpus Christi Division
1133 N. Shoreline Bd, St 208
Corpus Christi, Texas
78401

78401-204259