United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
APR 21 2021
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Bobbie Lee Haverkamp<br>Plaintiff | |
| vs. | Civil Action 2:17-CV-18 |
| Joseph Penn, et al<br>Defendant | |

Advisory to Court on Potential Monetary Liability to Defendants in the above civil action.

To the Honorable Court of Said Court,

Now Comes, Ms Bobbie AKA the Plaintiff and has need to brief this Court that the above Defendants have created a situation where physical harm can occur to Courts party to intervene AKA Shawn Kelly Vinson.

## Argument

1. Your Honor, Vinson now known as "Selene" for the purpose of this Advisory,

(1)

2. c/w D.E. 186 the Motion to Intervene was denied yet came with a Court order for reasons for the denial.

3. On 4/6, the Court presumed there is a presumption that the Plaintiff can adequately represent their overall intrest, hence the Advisory to this Court.

4. The Court is well aware that in a 5th Circuit case Gibson/Koslek supra that Koslet was living largely as a woman, long hair, make-up, clothes.

5. The Court is well aware the 5th Circuit ruled non-invasive treatments for Gender Dysporia were well within good medical practices — these being Hormones, Electroysis, female clothing and accesories, mental health services, long hair to shoulder length.

6. Due to the presumption of representation by the Plaintiff the burden to advise the Court falls squarly on the Plaintiff's shoulders.

7. Selene was served a case for refusion to comply with grooming standards of a hetro sexual male        Exhibit 2

8  The Intervention Defendants in DE 186 and Safe Prison Sgt Rogers and her supervisor will be held responsible for any self harm by Selene.

9  The issue of her hair has surfaced to the point she becomes so stressed she cuts her penis and testicals. There is not a bit of mental help, the Intervention Defendants thru Dr. Joseph Penn has the Power to write a 6 month long hair pass to Selene till the Plaintiff can resolve this matter.

10  In the Formation of Issues, the Plaintiff is inserting the argument for Long Hair Pass that is also in the Civil Actions relief.①

11  Your Honor, the Plaintiff certainly won't tell a Warden how to run his prison but on the other hand the Plaintiff will not sit by and let a Policy for Hertosexual Males be applyed to Selene where she self harms her self.

12  Taking this to a Jury is where the present Civil Action is going, the Plaintiff would have a difficult time why she did not defend Selene.

See Exhibit 1

(3)

13  "Selene" falls under Policy 51.11 with attachments dated 5/16/2012, the Court is well aware the present Civil Action is firming up Defendants.

14  The Court is also aware that the Plaintiff is dropping Dr. Lawrete Linthicum MD and Director of Medical Health for TDCJ.

15  Your Honor, very few people know of the Official Step 2 Grievance where the Office of Professional Standards said the specialist will follow Policy G-51.11 with attachments to treat this condition.

16  This command puts responsiblity on Corbello's defendants, right now the Plaintiff has a hedge around the issue of Transgender health with non-invasive treatments and sex-reassignment surgery where no one can come in untill this matter is settled.

17  The promblem is "Selene" is [IN] the hedges circle [WE] all are aware of her disablity in Gender Dysporia that if pushed she will harm herself.

18  The Stiles Unit has 3 Building A+C pods for Safe-Keeping and Transgenders.

(4)

19. Everyone knows the issue for Transgender Health is in a flux, we have people running around the unit in General Population with Long Hair, Exhibit 1 explains it to the Court.

20. The Plaintiff has went in front of Stiles Unit Safe Keeping Boards with Sgt Rogers, Sgt for Safe-Keeping, and is well aware of this present Civil Action as well as Warden Williams.

21. Selene is supposed to be able to grow her hair above shoulder length. Yes, Your Honor, its a good old boy agreement but it satifyed Selene to where she's left the razor Blade alone and we are not life flighting her to Galveston.

22.       Summary

1). Exhibit 1 indorsed
2) Corbello's Defendants are well aware of they failed to give Selene a long hair pass
3) Safe Prisons is aware of the mental Disorder and fails to inquire to Galveston Dr. Penn Director of Mental Health
4) Your Honor, all of this points to deliberate indifference under the Ramos-v-Lamb standard ②

Ⓧ 101 S.Ct 1759

5. Corbello has caused confusion, Any self-harm by Selene will prompt Civil Action with monetary damages for her unrest.

Here's the options.

1) Back off the long hair issue, we can good old boy till we get Transgender Health settled

2) Issue long hair passes for 6 months to Selene, as a special medical pass for mental stress.

3) The Plaintiff will defer any passes to her till the issue is Court settled, other transgenders have to defer also due to the author of the Civil Action defers.

23  Your Honor No action is required of the Court at this time. The Plaintiff strongly suggest the Intervention Defendants And Safe Prison take action, there will be no further harm to Selene due to their indifference under the Ramos/Lamb standard supra

So Prays the Plaintiff
Ms Bobbie
4-9-2021

Certification of Service

24. The Plaintiff swears under the penalty of perjury this was drop in the Stiles Prison mailbox April 9, 2021 for delivery to

Texas Attorney General - Carbello
P.O. 12548
Austin, Texas 78711-2548

by the Clerk of the Court due to the Plaintiff has no way to reproduce the Document

the Clerk is also direct to mail a copy to

25. Safe-Prison Ms Rogers, sgt
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

So Prays the Plaintiff
Ms Bobbie
4-9-2021

Rights Behind Bars
Samuel Weiss - Federal Attorney
c/o
Travis Pride Institute
P.O. 3982
Dallas, Texas 75208