United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED

MAY 05 2021

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Bobbie Lee Haverkamp<br>Plaintiff | |
| vs. | Civil Action 2:17-cv-18 |
| Dr. Owen Murray, Director<br>of UTMB Correction Manage<br>Care Program, et al<br>Defendant | Advisory #2<br>CMHCC lacks Standing Immunity |

Advisory #2
that CMHCC Lacks Standing
of Immunity due to Violation
by Defendants under the 14th Amendments

To the Honorable Judge of Said Court,
                              Now Comes, Ms Bobbie
AKA the Plaintiff and presents facts that the
Defendents they they have standing as a Exception
to Ex Parte Franks on Immunity is no longer
there, but is Now challenged that the Defendents
have violate the Plaintiff Equal Protection Rights①

① 14th Amendment, Equal Protection Clause.

①

using the theroy "they cant be sued or sue"

## Jurisdiction

The Plaintiff comes to the District Court on Advisory #2 that under. U.S. Const, Art 3, §2, 78 U.S.C. §1331 she may assume this District Court assumes federal question jurisdiction when an Action "arises under" the Constitution, laws, or treaties of the United States.

Advisory #2 is not theory of Immunity but a actual violation Civil Rights Act 42 U.S.C. §1983

The Plaintiff relizes the Defendants have a appeal on the theory of Immunity based on the government enjoys Immunity
The Plaintiff now challenges any Immunity based (Actual violations) of Constitutional Rights by the Defendants.

The District Court has jurisdiction due to A actual violation has occured and effects the Plaintiff in real time, not Theory.

## Arguement

Your Honor, the Plaintiff will keep her legal authorities to a minimum, she will present facts to the District Court, the Court knows the law and can apply it to the Plaintiff's version of facts.

If the Defendants object, the Court can certainly call on the Plaintiff's Attorney's that's defending her, in the 5th Circuit on the theory of Immunity. Against Corbello's theory that her defendants cannot sue or be sued; Your Honor we got real hurt in real time — theory's over with.
## Advisory #2 opens.

In 1945, George Orwell (1903-1950) wrote a Book called "Animal Farm".

The short narritive is the animals on the farm revolted, took over the farm and it was the "Pigs" that took over management of the farm. As the "Pigs" took over, they mingled with "MEN". One day the farm animals looked in the window and they could not tell the difference between "Pigs and Men".

In the present Civil Action, the Court is real familiar with the past history of Civil Action 2:17-CV-18 so lets skip the history lesson And press on.

This Civil Action is a Amended Complaint formed from D.E. 60 and DE 62 that Mag. Judge B. Janice Ellington instructed the Plaintiff to file under John/Jane Does) due the State had to have time to name the correct Defendants to provide relief.

So the Plaintiff filed the complaint,

John & Jane Does);

• University of Texas Senior Medical Directors

• University of Texas Medical Director of UTMB

• University of Texas Mental Health Service Director

• University of Texas Medical Branch Directors)

Yours Honor), the John/Jane Does) are taken right out of Director) Owen Murray Correctional Managed Health Care Policy①, "Treatment of Offenders with Gender Disorders). Effective 5/16/2012

---

① Case 2:17-cv-18 Document 62-1 Filed TxSD on 10/05/17 p 22 of 23
IV

The Plaintiff falls dead on this policy, el was diagnosed for Gender Dysporia by Psyhrm Le Dr. Philip Farley June 6, 2013

There are two things) that are important in Policy 51.11 dated 5/16/2012:

1) There were University Directors) / Mental and Medical that were the approving authorities for treatment plans and hormone therapy related to GID.

2) Policy 51.11 dated 5/16/2012 titled

Treatment of Offenders) with Gender Disorders referenced the World Professional Association for Transgender Health as) the Standard of Care that the University Directors) would use as) their Standard of Care. And SRS.

Between) June 2013 and Jan 2015 all of the above was gutted. The Court Asks a fair question, "By whom?!"

The Plaintiff proves in a Prima Facia, when only Dr. Massay the Director of CMHC Policy and the CMHCc are allowed to add or delete the

5

Health Care Policy on the CMHC then the reasonable inferences in absent of a Explantion the CMHCC with Dr Murray is esponsible for the deletion of adequate medical care that included University Directors, A Standard of Care that included sex-reassignment sargery Hormone therapy with non-invasive treatments that would allow the Plantiff to live largely As a woman as in Kosilek supra.

#1   There is a direct violation of 42 U.S.C § 1983 based on Deprivation of the 14th Amendment Right to Equal Protection by refusing Access to Medical Care As Simillary Situated Cisgender Female Inmates have

Dr Owens Murray Director of Correctional Manage Health Care and the CMHCc have caused Direct Harm using the Theory of Immunity that they cannot be sued or sue yet their policies cause violations of 42 u.s.c § 1983 and denie Equal Protections to those with Gender Dysporia.

Your Honor, once harm has been alledge then the immunity shield has been pierced① and those behind the immunity shield are required to come forward, in this case to District Court to explain their actions

① Nixon Watergate hearings, "Presidental Immunity" "Executive Priviledge."

⑥

The differences is there is direct harm now, whereas before immunity was only theory.

The 5th Circuit has theory of Exception to Ex Parte Franks, and we still have Ex Parte Franks, how to tell them apart.

Yet actual harm in the Civil Action has taken place, we are back to "Animal Farm", as the "Pigs" mingled with "Men" no-one can tell them apart.

Your Honor, we are sitting on a Powder Keg for those with Gender Dysphoria.

• Dr. Owen Murray provide no mental health care

• The 5th Circuit allows Non-invasive treatments but Dr. Owen Murray won't approve it and his CMHCC has written no policies that provide clear direction for those with Gender Dysphoria for the Non-invasive treatments much less SRS

• There is no adequate medical care for Gender Dysphoria under any medical guidelines

Your Honor, Dr. Linthicum answer to the Step 2 Grievance voices more than concern, it's a command — Fix the Promblem, provide adequate medical care for Gender Dysphoria under G-51.11 w/ Attachments dated 5/16/2012.

⑦

Your Honor, the 5th Circuit Approved non-invasive treatments for Gender Dysporia ruling the non-invasive treatment provided Significant Relief for Gender Dysporia

Your Honor, Corbello, Dr. Murray, the CMHCC are stalling. While theirs stalling, people with Gender Dysporie are being denied Awy Significant Relief from Gender Dysporia.

The 5th Circuit ruled in Gibson, sura that non-invasive treatments provided significant relief

The Plaintiff ASK for the 5th Circuits Significant Relief for her Gender Dysporia and extend the relief to others in Texas Prisons with Gender Dysporia

Your Honor, the Court is well Aware of the filed notice that if the Bentrested parties hurt theirself on the Prison making them cut their hair, I was saying under the Jailhouse Lawyer dictates.

A copy of the Advisory was sent to Warden Williams And Sgt Rogers of PREA And Sgt Rogers Supervisory, Seleme went to Court And received

verbal repremand, which the prison saying Keep your hair above your shoulders).

Your Honor, Dr. Murray and the CMHCC doged the bullet but thats over with — We have harm to transgenders, contures harm that requires adequate Medical Care

We need the Significant Relief in the form of permanet or tempory. If its temporary untill after Corbello, Dr. Merray and the CMHCC goes to trial and prehaps to jail

Your Honor, any way; Anyone wants to cut this, the CMHCC, Dr. Murray, Corbello does not have emmunity to cause harm to those with Gender Dysphoria. [1]

So Prays the Plaintiff
Ms Bobbie
4-24-2021

Your Honor the Plaintiff gives notice to Dr. Murray, the CMHCC and Corbello the Plaintiff intends to call to the witness stand any trans-girl that has had physical harm because of Dr. Murray and the CMHCC deliberat indiflence

[1] Civil Action 2:17-CV-18 now pivots to confront Dr. Owens Murray and company. Your Honor this will be no promblem — the formation of issues are ready.

9.

Under the Ramos-v-Lamb, the Supreme Court said the Defendants Dr Murray, the CMHCC committe Deliberate Indifference to serious medical need is shown when prison officals have prevented an unmate from recerving recommended treatment. In this case adequate medical care for those with Gender Dysporia

The jury will be presented, with Court approval, monatary damages for these trans-girls. The Defendants can open a office on the Stiles Unit for their Mal-practice Insurance personal for pay out.

> The Plaintiff, Bobbie Lee Haverkamps declines any montary Damages.

Your Honor, there's not a jury in the United States will give Dr. Murray and the CMHCC the power to inflicted harm based on any kind of immunity. We are going to have a Jury Trial ____ Ask them the question.!!

If the defendants want to discuss a settlment, have them go to Trans Pride, Nell Gather and Rights Behind Bars, Samuel Weiss Attorney at Law, their Bleeding Heart Liberals, talk to them.

The Defendants, Dr Murray And the CMHcc have culpability, their going to answer for it.

Your Honor, have the Defendants answer Civil Action 2:17-cv-18, lets go to trial.

So Prays the Plaintiff
Ms. Bobbie
4-24-2021.

Certification of Service

The Clerk was asks to make a copy and send it to the Texas Attorney General — Ms Corbello And Rights Behind Bars — Samuel Weiss.

So Prays the Plaintiff
Ms Bobbie

Your Honor, the Plaintiff asks the Court to be thinking about a Court Appointed Attorney, were've going to trial, no government official is going to deny culpability ___ UTMB medical is responsible and their going to provide relief for these young transgenders that dont have the sense to come out of the rain — Corbello, Dr Murray and His CMHcc are responsible, the Plaintiff can prove they dont have immunity, their going to trial.

The Plaintiff stands by her Civil Suit, it's been in the Court 5 years And 245 Court filings Ms Bobbie

① The Good, Bad, Ugly.

4-24-2021 ⑪