United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED

MAY 10 2021

Nathan Ochsner, Clerk of Court

Bobbie Lee Haverkamp
Plaintiff

vs

Civil Action 2:17-CV-18

Dr. Owen Murray
Director of UTMB
Manage Care Program, etal
Defendant

Analysis 4 of 4

Plaintiff's need for
Answers to the Above Civil Action

To the Honorable Judge of Said Court,
    Now comes, Ms Bobbie,
AKA the Plaintiff and presents her Analysis
#4 of to the Court.

## Arguement

Your Honor, the Plaintiff is going to skip any preliminary legal openings and come right to the point.

In Docket 127 the following Defendants were substituted under Rule 25 — They are, Hudson, Jumper, Mills and Murray (which is the Director of CMHC Policy, also Dr. Raimer (who's attorney is Strawn)

We got 6 Defendants being substituted under the guise they are on the CMHCd as volunteers and have other duties to attend — which in April 2020 seemed reasonable.

Yet Discovery Puts these 6 Defendants, et al in a different light.

The above people Approved policy that denied adequate medical care to those with Gender Dysphoria.

Discovery provides that Director of Medical Care Dr. Lannette Linthicum Approved

policy G-51.11 dated 5/16/2012 with attachments of the 7th Edition of WPATH which provide SRS if requested and the Doctors were to provide it.

Dr. Luvithcum's approval is not out of line and goes against No Policy of Law. The 5th Circuit in Gibson supra already approved Significant Relief for those with Gender Dysporia.

Had the 5th Circuit known about Dr. Luvithcum's approval of Policy G-51.11 dated 5/16/2012, SRS would not be a issue Dr. Luvithcum had approved the policy for SRS.

> Discovery also provides Dr. Murray[1] and his CMHCd operate under the conception they can't sue or be sued, which allows Dr. Murray the Powers to create Policy outside of the Constitution of America and descriminate against those with Gender Dysporia that causes Bodily Harm.

Yet Discovery at this point proves Hudson, Jumper, Mills, Murray and Raimer were a party, led by Dr. Murray, Director of the CHC policy to gut Policy G-51.11, dated 5/16/2012 that refers WPATH 7 Edition that approved SRS

---

[1] Director of the CMHC Policy

(3)

The Court can certainly raise the question Where's Dr. Linithcum?, the Director of Medical Health for TDCJ.

According to her answer and command in her response to the Step 2 grievance "The Specialist will follow policy G-51.11 with attachment to treat your Gender Dysporia.

Your Honor, the old saying "ignorance is Bliss" certainly applys to Dr. Linithcum — her answer serves as notice that TDCJ is under the impression the 7th Edition of WPATH is under full force and medical care for those with Gender Dysporia from Significant Relief for Non-Invasive treatments to SRS is considered the norm.

The Plaintiff notes that the legal charge "Crimes Against Humenity" were first used by Special Prosecutor Mr Chalret defended victims that consisted of Gypsies, Jews and Homosexuals,

Its ironic the Plaintiff is in a United States Federal District Court defending groups of people labeled "Homosexuals"

The only Difference in Mr Chalets Homosexals and the present is the latter has the "Great Habeous Corpus" to provide a Barrier of Attack Against Government Action that is impossible to explain. ①

Your Honor, the CMHCC use of Law that they can create policy to deny Constitutional Rights under the concept they can't be sued as sue is now under attack.

The Present Civil Action has informed this Court it can pivot to meet any attack by the Defendants, many times, it stands to reason the Civil Action can move forward to press legal concepts with ease.

Your Honor, simple Discrmation is a concept of Law, yet when Discrmation with Bodily Harm takes place, which Hudson, Mills, Murray and Rainer were the main characters then the analize takes a different twist, where the sole providence is the Federal District Court, U.S. Attorney General and a Jury.

## Summary.

A living memory to Ms Gibson and Ms Selene who's great Crime Against Humanity is they have Gender Dysporia.
① Const Law 213. (1) 4

Your Honor, untill the Defendants answer the present Civil Action the Plantiff can go no further.

This is the last of all analyis to present to the Court.

So Prays the Plantiff

Ms Bobbie

5-5-2021

Certification of Service

This was not sent to the Defendants due to its a Awalyis on Court Direction.

So Swears the Plantiff

Ms Bobbie

5-5-21

(6)