United States Federal District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
JUN 16 2021
Nathan Ochsner, Clerk of Court

| Bobbie Lee Haverkamp Plaintiff | |
|---|---|
| vs. | Cause No. 2:17-CV-18 |
| Doctor Owens Murray, et al Director of Correctional Manage Health Care Defendants | |

### Request to District Clerk of Southern District of Texas Corpus Christi Division

To the Honorable Clerk of said Court,

Now comes Ms. Bobbie, AKA the Plaintiff, and requests a kindness of action by the clerk.

### Plaintiffs Request

Honorable Clerk, I have received from the 5th Circuit from M. Wynne Deputy Clerk 504-310-7688

(1)

ENCLOSED IS WHAT I HAVE RECEIVED, I THINK ITS A NOTICE OF CORBELLO'S IMMUNITY SUIT BEING MERGED WITH ANOTHER — 20-40683.

HONORABLE CLERK, I NOTICED THAT THERE'S 11 LAWYERS NOW INVOLVED ___ THIS IS WAY PAST A BASIC LEGAL ARGUEMENT, I'M LOOKING AT A MOB.

I'VE TRIED TO CONTACT A DEPUTY CLERK AND BASICALLY GOT THROWED OUT OF COURT, TAR AND FEATHER, TOLD TO CONTACT MY LAWYER, WHICH I TRIED — NO RESPONSE AT ALL.

NOW WE GOT A FILING WITH 20-40683 WITH LAWYERS I DON'T EVEN KNOW, HOW THEY GOT THERE OR WHAT THEY ARE RESPONDING TO.

HONORABLE CLERK, WOULD IT BE POSSIBLE TO SEND ME ONLY WHAT THE "STATE FILED"

I'M CONCERNED THE IMMUNITY SUIT IS ATTACKING THE 14TH AMENDMENT ON THE EQUAL PROTECTION CLAIM IN THE ABOVE CIVIL ACTION.

THE PRESENT CIVIL ACTION HAS GROUND TO A HALT BUT I KNOW OF 3 OTHER FILINGS FOR MEDICAL HELP AGAINST UTMB THAT THE CIVIL ACTION WAS DOCKETED IN FEBRUARY AND NOT A WORD FROM THE EASTERN DISTRICT.

EVERYONE IS WONDERING IF THIS IMMUNITY SUIT BY THE STATE IS GOING TO APPLY TO OTHER COURT ACTIONS AGAINST UTMB.

I WOULD HAVE ARGUED THE IMMUNITY SUIT MYSELF BUT I DIDN'T UNDERSTAND THE WORKINGS OF THE 5TH CIRCUIT.

IT LOOKS TO ME, WITH THE COURT ORDERING ORAL ARGUEMENTS JUNE, 7 2021, LIKE WE ARE STARTING ALL OVER AGAIN.

HONORABLE CLERK, ANY HELP WILL BE APPRECIATED. THERE SEEMS TO BE A LOT RIDING ON WHATEVER LAWYERS ARE TALKING ABOUT.

PLEASE DO A KINDNESS AND SEND ONLY WHAT THE STATE FILED IN 20-40683

SINCERELY,
Ms Bobbie #702013
Stiles Unit
3060 FM 3514
Beaumont, Texas
77705

③