Advisory

Your Honor, the Plaintiff will skip any opening statements and come right to the point.

I'll do this by the numbers so nothing is lost and we cover the issues one time.

1). Your Honor, the Plaintiff has never read any arguments by anyone at the 5th. This will never happen again — Period.

I did read the 5th's opinion and conclusions of Law and how they remanded the case back to the District Court for further proceedings.

I saw where the 5th is saying I didn't connect the Defendants to the violations of Equal Protections, and file a 2nd complaint.

and

They wanted to get an attorney for the Plaintiff due to this Civil Action, is fixing to get complicated and complex, in prison talk down and dirty — How a nice girl got into a mess like this beats me but I'm here to stay.

(1)

United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED

AUG 30 2021

Nathan Ochsner, Clerk of Court

Bobbie Lee Hauerkamp
Plaintiff

vs.

The University Directors
of Mental Health Services
and University Regional
or Senior Medical Directors
Defendants

Civil Action
2:17-CV-18

> Advisory to Court that
> has unsettle the Plaintiff as a
> Pro-Se and gave a unfair advantage
> to the Defendants

To the Honorable Judge of Said Court,
    Now Comes, Ms Bobbie AKA the Plaintiff and brings her issues to Court for clarification.

①

2.) Your Honor, I had a 2nd Amended Complaint fairly ready and put the icing on it two weeks ago.

I'm filing the 2nd Amended Complaint for two reasons, first to let the Court know I stand firm in my conviction this Civil Action is a "Just Cause" and will stop pain and suffering that's going on.
Second to clear up the Confusion in who are the right Defendants.

The Plaintiff needs it plainly understood that the CMHCC AKA "Committee" is not sued, it would be "legal sucide" to even attempt a Civil Suit of this nature.

3.) Question:
Does the Committee have the jurisdiction to represent the Directors of Mental/Medical Health AKA "Directors"

4.) Question:
If the Committee takes on the roles of "Directors", does this Action bar the Committee from any future 11th Amendment Action against the Civil Action as the CMHCC Committee?

Your Honor, the Plaintiff is not saying the "Directors" can't make a Arguement under Ex Parte Young. The Arguement for the Directors would be very weak due to they ARE connected as they furnish the treatment plans for Gender Dysporia And the Plaintiff is Asking for a injuction.

The Correct Defendants Are named per Limited Discovery.

5. Question:
What is Dr. Linthicums role?, the 5th had her as a "Committee member", but in a Tele-Conference call it was revealed she was not a member.

Your Honor, I can't get a handle on her — What is she?,
Dr. Linthicum came Across As a "Advocate" for the Plaintiff, she knows I'm gay, been in the Transgender Health for 9 years, since Jan 2013 And she certainly could of slanted her Step 2 that could of hurt me but she said the Doctor had to follow the treatments of Policy 51.11 w/Attachments 5/16/2012.
I don't know how to place her

④

, she rides for the "Brand" — the 19th Amendment. At least that's the way I got her now.)

Also Your Honor, until you tell me otherwise I'll consider any motions I filed as moot concerning the 2nd Amended Complaint — seems we are in new legal areas.

⑥ Your Honor, this 2nd Amended Complaint is no disrespect OK — if it don't cut the mustard and you got to appoint a attorney, give him then. It says it all, YES I would like to talk to one but the 2nd Amended complaint allows him to take a look without coming to see me and we get to skip all the kissy-poo introductions. Also, he can arrange a phone visit I do need help on interrogatorys and Discovery.

In closing, the timeing to file the 2nd Amended complaint rest soly with Your Honor, its in your hands as respect and to provide any help that will further the Civil Action.

Also would it be possible to get a copy of the Second Amended complaint with them number across the top — the Court gave me that in the Original and 1st Amended ones. The clerk won't give t up unless You tell him.

So Prays the Plaintiff

Ms Bobbie
8-20-2021

⑤

From: Ms Bobbie
TDCJ # 702013
Stiles Unit

Re- Civil Action 2:17-CV-18
2nd Amended Complaint

Dear Clerk,
By the numbers.

① Give this to the Judge, let the Judge give Directions on how she wants to handle this.
She didn't ask for it But I'm trying to respect her all I can.
Remember to ask her.

② I need you to send me a copy with them #'s Across the top ✓ You did in the [Original] [1st Amended Complaint] so it shouldn't be a problem in the 2nd Amended Complaint.

③ Don't You Dare lose this — its got some heavy stuff in it. The Civil Action has all its flags flying, I lost the immunity issue but stayed in the Action because the Defendants said they were the ones to sue And could provide relief, so the 5th wouldn't dismiss.

Ms Bobbie
8-20-21