From: Ms Bobbie TDCJ # 702013
Re: Civil Action 2:17-CV-18

United States Courts
Southern District of Texas
FILED
SEP 3 2021
Nathan Ochsner, Clerk of Court

Dear Clerk,

① File this with the Judge, Do not file it on your own

② I am pre-mature here — let the Judge tell you how she wants to handle this

③ She might be getting a Attorney and want him to file.

Ms Bobbie
8-26-2021