9-14-2021

From: Ms Bobbie

Re   Civil Action 2:17-cv-18

United States Courts Southern
District of Texas
FILED

SEP 20 2021

Nathan Ochsner, Clerk of Court

Dear Clerk,

          This document you file
directly to the Courts.

                    Ms Bobbie