United States District Court
Southern District of Texas
**ENTERED**
September 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DAVID ALLEN HAVERKAMP; aka HAVERKAMP, § § § Plaintiffs, § VS. § JOSEPH PENN, *et al*, § § Defendants. § § § § § | CIVIL NO. 2:17-CV-18 |

## ORDER APPOINTING COUNSEL

Due to the complexity of the legal issues raised in Plaintiff Bobbie Lee Haverkamp's (aka David Allen Haverkamp, TDCJ #702013) ("Haverkamp") complaint, the Court finds that exceptional circumstances require the appointment of counsel. It is therefore **ORDERED** that the following attorney is appointed to represent Haverkamp:

ACE MACLAURIN FACTOR
Texas Bar No. 24118923
Susman Godfrey, L.L.P.
1000 Louisiana St., Ste 5100
Houston, Texas 77002
Tel: 713.653.7826
Fax: 713.654.5666
Email: Afactor@susmangodfrey.com

This appointment is contingent on Attorney Ace Maclaurin Factor ("Factor") submitting a motion to appear *pro hac vice*. Factor shall file a motion to appear *pro hac vice* no later that ten (10) days from the date of this order.

Once the Court approves the motion to appear *pro hac vice*, the Clerk shall mail to Factor a copy of the *Pro Bono Expense Plan* to cover reimbursement of expenses. Factor is entitled, upon request, to free copies of all pleadings on file and a free copy of the CD of any hearing held in the case. Counsel for the Defendants is

directed to provide Factor with copies of any discovery exchanged previously in this case and to assist him, if necessary, with contacting Plaintiff.

This appointment shall remain in effect until terminated or substitute counsel is appointed. Plaintiff is advised that the Court will only accept pleadings, motions and correspondence from Factor. Plaintiff is further advised that Plaintiff is to cooperate fully with Factor.

The Clerk will provide a copy of this order to the parties of record. The Clerk shall further provide a copy of this order to Factor by electronic mail, by fax and by **certified mail, return receipt requested.**

SIGNED this _30th_ day of September 2021.

Hilda Tagle
Senior United States District Judge