United States District Court
Southern District of Texas
**ENTERED**
October 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DAVID ALLEN HAVERKAMP; aka HAVERKAMP, § § § Plaintiffs, § VS. § JOSEPH PENN, *et al*, § § Defendants. § | CIVIL NO. 2:17-CV-18 |

## CORRECTION OF SCRIVENER'S ERROR

This Correction of Scrivener's Error relates to the Court's Order entered on September 30, 2021, Dkt. No. 271, which appoints counsel for Plaintiff Bobbie Lee Haverkamp (aka David Allen Haverkamp) ("Haverkamp"). Appointed counsel's middle name is spelled incorrectly. The correct name for appointed counsel should be listed as **ACE MCLAURIN FACTOR**.

The Clerk will enter this Order, providing a copy to all parties of record.

SIGNED this 1st day of October 2021 *nun pro tunc* on September 30, 2021.

_____
Hilda Tagle
Senior United States District Judge