UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 2:17-CV-18 |
|---|---|---|---|

| DAVID ALLEN HAVERKAMP a/k/a HAVERKAMP |
|---|
| *versus* |
| JOSEPH PENN, ET AL. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ace M. Factor<br>Susman Godfrey, L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>(713) 653-7826 - afactor@susmangodfrey.com<br>Texas - 24118923<br>Fifth Circuit |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, David Allen Haverkamp a/k/a Haverkamp |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/7/2021 | Signed: *[signature]* |
|---|---|

TEXAS

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 10/12/2021 | Clerk's signature   /s/ Joan Davenport |

**Order**                       This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                                    United States District Judge