United States District Court
Southern District of Texas
**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| DAVID ALLEN HAVERKAMP; aka HAVERKAMP, § § § Plaintiffs, § VS. § JOSEPH PENN, *et al*, § § Defendants. § | CIVIL NO. 2:17-CV-18 |

## ORDER

The undersigned hereby recuses herself in the above-styled and numbered cause.

SIGNED this 12th day of November 2021.

_____
Hilda Tagle
Senior United States District Judge