**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| David Allen Haverkamp | § | |
| | § | |
| *versus* | § | Civil Action 2:17−cv−00018 |
| | § | |
| John & Jane Doe, et al. | § | |

# Notice of Reassignment

This case is reassigned to Judge Drew B Tipton.

Entered:  November 15, 2021                                                Nathan Ochsner, Clerk