Nov 22, 2021

From: Ms Bobbie # 702013
Stiles Unit
Beaumont, Texas 77705

United States Courts
Southern District of Texas
FILED

NOV 29 2021

Nathan Ochsner, Clerk of Court

Dear Clerk,

By the Numbers, so nothing is lost

1). The Court issued a order appointing Counsel on Sept 30, 2021 to a

Ace M. Factor
Texas Bar # 24118923.

And was contingent on Mr. Factor filing a "pro hac vise" and Factor had 10 days to file.

2) I'm needing to talk to "Mr. Factor" right after Jan 2022, could you tell me or furnish me has the "pro hac vise" been filed.

Sincerely
Ms Bobbie

Ms Bobbie David Haverkamp
#702013
3060 FM 3514
Stiles Unit
Beaumont, Texas
77705

NORTH HOUSTON TX 773
24 NOV 2021 PM 6 L

United States Courts
Southern District of Texas
FILED
NOV 29 2021
Nathan Ochsner, Clerk of Court

Legal Mail

Clerk of Court
United States District Court
1133 N. Shoreline Bld St 208
Corpus Christi, Texas
78401

78401-200399

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION