United States District Court
Southern District of Texas
**ENTERED**
December 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00018 |
| | § | |
| JOHN & JANE DOE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant's Motion to Substitute Attorney-in-Charge. (D.E. 269). Upon due consideration, the Court is of the opinion that said motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Assistant Attorney General Courtney Corbello is withdrawn as attorney of record for the below-named Defendants and Assistant Attorney General Erika Hime will be substituted as attorney of record for Defendants Dr. Robert Greenberg, Preston Johnson, Jr, Dr. John Burruss, Erin Wyrick, Dr. Jeffrey Beeson, Joe Perez, Dr. Cynthia Jumper, and Dr. F. Parker Hudson. Assistant Attorney General Corbello will be removed from the docket and no longer noticed in this case.

ORDERED on December 15, 2021.

_____
Julie K. Hampton
United States Magistrate Judge