United States District Court
Southern District of Texas
**ENTERED**
December 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:17-CV-00018 |
| JOHN & JANE DOE, *et al.*, | | |
| Defendants. | | |

### ORDER TO FILE SECOND AMENDED COMPLAINT

A Status Conference was held today before the undersigned in order to proceed in this case in a manner consistent with the July 30, 2021 *Per Curiam* Order of the Fifth Circuit Court of Appeals. The Court **ORDERS** that Plaintiff file a Second Amended Complaint **no later than February 16, 2022** and any responsive pleading to said Second Amended Complaint shall be filed **no later than March 25, 2022**. The pending *pro se* filed "Second Amended Complaints" (D.E.s 262 & 265) are hereby **STRICKEN** from the record in order to allow counsel for Plaintiff to file an operative Second Amended Complaint. No further extensions will be granted absent a showing of extraordinary circumstances.

ORDERED on December 16, 2021.

_____
Julie K. Hampton
United States Magistrate Judge