United States District Court
Southern District of Texas
**ENTERED**
December 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00018 |
| | § | |
| JOHN & JANE DOE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING PENDING *PRO SE* MOTIONS

Plaintiff, proceeding *in forma pauperis*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed numerous *pro se* motions which are currently pending before the Court.  (D.E. 234, 236, 239, 241, 248, 249, 250, 251, 256, 258, 264, 270).

On September 30, 2021, the Court appointed attorney Ace Factor to represent Plaintiff in this case.  (D.E. 271).  In a separate order issued on this day, the undersigned directed Plaintiff, through counsel, to file a Second Amended Complaint no later than February 16, 2022.  (D.E. 287).  Accordingly, Plaintiff's *pro se* motions (D.E. 234, 236, 239, 241, 248, 249, 250, 251, 256, 258, 264, 270) are **DENIED** without prejudice to Plaintiff renewing any or all of them at the appropriate time.  Plaintiff is **WARNED** that any *pro se* motions filed by her in the future will be automatically stricken from the record as she is represented by counsel.

ORDERED on December 16, 2021.

_____
Julie K. Hampton
United States Magistrate Judge