United States District Court
Southern District of Texas
**ENTERED**
March 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00018 |
| | § | |
| JOHN & JANE DOE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER EXTENDING DEADLINES

The Joint Motion to Extend the Deadline to File a Second Amended Complaint (D.E. 291) is **GRANTED**. Plaintiff must file a Second Amended Complaint by **March 25, 2022**. Any responsive pleadings to said Second Amended Complaint must be filed by **April 29, 2022.**

ORDERED on March 7, 2022.

_____
Julie K. Hampton
United States Magistrate Judge