IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID HAVERKAMP, <br> TDCJ NO. 702013 <br>     Plaintiff, <br><br> v. <br><br> JOSEPH PENN, *et al.*, <br>     Defendants, | § § § § § § § § § | Civil No. 2:17-CV-00018 |

### NOTICE OF DEFENDANTS' JOINT INITIAL DISCLOSURES

Defendants Dr. Robert Greenberg, Preston Johnson, Jr, Dr. John Burruss, Erin Wyrick, Dr. Jeffrey Beeson, Joe Perez, Dr. Cynthia Jumper, Dr. F. Parker Hudson and Lanette Linthicum submits this notice of their initial disclosures to Plaintiff on March 8, 2022, in accordance with Federal Rule of Civil Procedure 26(e)(1).

    Respectfully submitted,

    **KEN PAXTON**
    Attorney General of Texas

    **BRENT WEBSTER**
    First Assistant Attorney General

    **GRANT DORFMAN**
    Deputy First Assistant Attorney General

    **SHAWN COWLES**
    Deputy Attorney General for Civil
    Litigation

    **SHANNA E. MOLINARE**
    Chief, Law Enforcement Defense Division

    */s/ Erika D. Hime*
    **ERIKA D. HIME**
    Assistant Attorney General
    Texas State Bar No. 24072899
    Erika.Hime@oag.texas.gov

*/s/ Bruce R. Garcia*
**BRUCE R. GARCIA**
Assistant Attorney General
Texas State Bar No. 07631060
Bruce.Garcia@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2130

***ATTORNEY OF RECORD – COUNSEL FOR DEFENDANTS'**

### NOTICE OF ELECTRONIC FILING

I, **ERIKA D. HIME**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true copy of **Notice of Defendants' Joint Initial Disclosures** in accordance with the Electronic Case Files System of the Southern District of Texas, on March 8, 2022.

*/s/ Erika D. Hime*
**ERIKA D. HIME**
Assistant Attorney General

### CERTIFICATE OF SERVICE

I, **ERIKA D. HIME**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of **Notice of Defendants' Joint Initial Disclosures** and forgoing has been served via electronic service and email on March 8, 2022, addressed to:

**Ace M. Factor**
Susman Godfrey L.L.P.
afactor@susmangodfrey.com
***Attorney for Plaintiff***

*/s/ Erika D. Hime*
**ERIKA D. HIME**
Assistant Attorney General