United States District Court
Southern District of Texas
**ENTERED**
March 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00018 |
| | § | |
| JOHN & JANE DOE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER UPDATING DOCKET AND**
**SUPPLEMENTAL ORDER FOR SERVICE OF PROCESS**

Plaintiff, an inmate proceeding *in forma pauperis*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. In his Second Amended Complaint filed through counsel, Plaintiff names the following Defendants: (1) Dr. Jeffrey Beeson, Dr. John Burruss, Dr. Robert Greenberg, Preston Johnson, Jr., Dr. Cynthia Jumper, Dr. Philip Keiser, Erin Wyrick, Joe Perez, Dr. Lannette Linthicum, and Dr. Owen Murray. Only Erin Wyrick and Joe Perez have yet to be served a summons and complaint in this case.

The docket report reflects that Dr. Linthicum and Dr. Murray were previously terminated from this action. The Clerk of the Court is **DIRECTED** to update the docket to reflect that Dr. Lannette Linthicum and Dr. Owen Murray, who were named as defendants in the Second Amended Complaint, are active defendants in this case.

Furthermore, the Court's prior orders for Service of Process are **SUPPLEMENTED** as follows:

1.  The Clerk of the Court shall send by electronic means a copy of Plaintiff's Second Amended Complaint (D.E. 294) to **Attorney General of the State of Texas, Attention: Law Enforcement Defense Division, P.O. Box 12548, Austin, Texas 78711-2548**. It is further ordered that the Office of the Attorney General of the State of Texas, pursuant to its policy, will either obtain authority to represent the following Defendants **on or before April 29, 2022**, or file within the same time period with this Court, the address of the Defendant under seal, executed by an authorized agent of the Texas Department of Criminal Justice, Criminal Institutions Division (TDCJ-CID):  **(1) Erin Wyrick; and (2) Joe Perez.**  The affidavit may be filed ex parte and sealed subject to a motion to unseal for good cause by Plaintiff.

2.  **Erin Wyrick and Joe Perez** shall file an answer or other responsive pleading on or before **April 29, 2022**.[1]

ORDERED on March 28, 2022.

_____
Julie K. Hampton
United States Magistrate Judge

---

[1] In a separate order, the undersigned directed all named defendants in the Second Amended Complaint to file responsive pleadings by April 29, 2022.  (D.E. 292).

2 / 2