United States District Court
Southern District of Texas
**ENTERED**
April 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:17-CV-00018 |
| LANNETTE LINTHICUM, *et al.*, | | |
| Defendants. | | |

## ORDER EXTENDING DEADLINES

Defendants' unopposed motion to extend the deadline to respond to Plaintiff's Second Amended Complaint (D.E. 297) is **GRANTED**. Defendants must file their response to the Second Amended Complaint by **June 13, 2022**.

ORDERED on April 26, 2022.

_____
Julie K. Hampton
United States Magistrate Judge