IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, ALSO KNOWN AS BOBBIE LEE HAVERKAMP, | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION 2:17-cv-00018 |
| v. | § § | |
| JOHN AND JANE DOES, ET AL. | § § | |
| *Defendants.* | § | |

**UNOPPOSED SECOND MOTION TO EXTEND THE DEADLINE
TO RESPOND TO THE SECOND AMENDED COMPLAINT**

Defendants Philip Keiser M.D., Dr. Jeffrey Beeson, Dr. John Burruss, Dr. Robert Greenberg, Preston Johnson, Jr., Dr. Cynthia Jumper, Dr. Owen Murray and Dr. Lannette Linthicum file this Unopposed Second Motion to Extend the Deadline to respond to Plaintiff's Second Amended Complaint. Defendants request an extension of the filing deadline to **July 11, 2022.**

Good cause exists for the deadline extension. This is the second request for an extension by Defendants. The extension is sought to provide additional time for the Attorney General, the State agencies and private counsel to coordinate a joint response among all of the Defendants.

The extension is not sought for delay only, but so that justice may be done.

1

Respectfully submitted,

STRAWN PICKENS L.L.P.

By:   */s/ John R. Strawn, Jr*
John R. Strawn, Jr., #19374100
Southern District ID: 6277
Pennzoil Place, South Tower
711 Louisiana, Suite 1850
Houston, Texas 77002
(713) 659-9600
jstrawn@strawnpickens.com
ATTORNEYS FOR DEFENDANT,
PHILIP KEISER, M.D.

*/s/ Erika D. Hime*
ERIKA D. HIME
Assistant Attorney General
Texas State Bar No. 24072899
Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2080 / Fax (512) 370-9814
Erika.Hime@oag.texas.gov
ATTORNEY FOR DEFENDANTS,
JEFFREY BEESON M.D., JOHN BURRUSS M.D., ROBERT GREENBERG M.D., PRESTON JOHNSON, JR., CYNTHIA JUMPER, M.D. AND OWEN MURRAY M.D.

*/s/ Bruce Garcia*
Bruce Garcia, #07631060
Assistant Attorney General
Law Enforcement Defense Division
Southern Id No. 18934
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Bruce.Garcia@oag.texas.gov
ATTORNEYS FOR DEFENDANT,
LANETTE LINTHICUM, M.D.

2

## CERTIFICATE OF WORD COUNT

Pursuant to Court Procedure 16(c), I certify that this motion contains 114 words.

## CERTIFICATE OF CONFERENCE

On June 9, 2022, I conferred by with counsel of record for Plaintiff. Plaintiff is not opposed to the extension.

*/s/ John R. Strawn Jr.*
John R. Strawn Jr.

## CERTIFICATE OF SERVICE

I certify that on June 10, 2022 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the Southern District of Texas Procedures for Electronic filing.

*/s/ John R. Strawn Jr.*
John R. Strawn Jr.