United States District Court
Southern District of Texas
**ENTERED**
June 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:17-CV-00018 |
| LANNETTE LINTHICUM, *et al.*, | | |
| Defendants. | | |

## AMENDED ORDER SETTING DEADLINES

The joint motion to extend deadlines (D.E. 322) is **GRANTED**. Absent a showing of extraordinary circumstances, no further extensions of time with respect to these deadlines will be granted.

The following deadlines are set:

1. The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Rule 26(a)(2) by **August 4, 2023**.

2. The opposing party must designate expert witnesses in writing and provide the required report under Rule 26(a)(2) by **September 1, 2023.**

3. Any responsive expert disclosures or reports are due twenty days prior to the close of discovery.

4. Discovery ends on **October 6, 2023.**

5. Dispositive motions may be filed on or before **October 6, 2023**. Responses to dispositive motions are due thirty days after the filing of the opposing party's dispositive motion.

6. Mediation or other form of dispute resolution must be completed by **October 27, 2023.**

7. Docket Call is on **November 14, 2023.**

ORDERED on June 1, 2023.

                                                                                    _____
                                                                                    Julie K. Hampton
                                                                                    United States Magistrate Judge