IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, ALSO KNOWN AS BOBBIE LEE HAVERKAMP, | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION 2:17-cv-00018 |
| v. | § § | |
| LANNETTE LINTHICUM, ET AL., | § § § | |
| *Defendants.* | § | |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY

Plaintiff Bobbie Lee Haverkamp files this Opposition to Defendants' Motion to Stay All Proceedings. (Dkt. No. 337).

No stay of the proceedings is necessary because all discovery and expert work have concluded. Discovery closed on October 6. Defendants also filed a motion for summary judgment and a motion incorrectly styled as a Rule 12(c) motion on October 6. Plaintiff will respond on November 6. Docket Call is set for November 14, 2023, and no trial date has been set.

Defendants cannot demonstrate good cause to stay the proceedings. The only matters left resolve are Defendants' summary judgment and Rule 12(c) motions. Pursuant to this Court's Procedures, the Court will hear argument on those motions at the November 14 Docket Call and discuss trial and pretrial settings at that time.

Plaintiff stands ready to try this case at a date determined by the Court. But no stay is necessary because no additional deadlines exist other than the November 14 Docket Call. Defendants have not and cannot establish "good cause" or that any "undue burden or expense" would result absent a stay. Accordingly, the request for stay should be denied.

Date: November 1, 2023                                    Respectfully submitted,

/s/ *Ace M. Factor*
Ace M. Factor
State Bar No. 24118923
Southern District ID No. 3707964
Chanler A. Langham
State Bar No. 24053314
Southern District ID No. 659756
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 653-7826
Fax: (713) 654-6666
*Attorneys for Plaintiff*
*Bobbie Lee Haverkamp*

CERTIFICATE OF WORD COUNT

Pursuant to Court Procedure 16(c), I certify that this opposition contains 188 words.

/s/ *Ace M. Factor*
Ace M. Factor

CERTIFICATE OF SERVICE

I certify that on November 1, 2023, a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the Southern District of Texas Procedures for Electronic filing.

/s/ *Ace M. Factor*
Ace M. Factor