# EXHIBIT 11

**Message**

| | |
|---|---|
| **From:** | Penn, Joseph [jopenn@UTMB.EDU] |
| **Sent:** | 6/5/2018 2:01:41 PM |
| **To:** | Lannette Linthicum [lannette.linthicum@tdcj.texas.gov] |
| **CC:** | Murray, Owen J. [ojmurray@utmb.edu]; Coates, Kelly [kecoates@UTMB.EDU] |
| **Subject:** | FW: Brief Summary of our Meeting today |

**CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

Dr. L

Kelly Coates and I met with Dr. Meyer and Dr. Gordon (she is taking over Dr. Meyer's gender dysphoria patients/clinics at HG) today. I reviewed with both of them the importance of not making any recommendations or orders for panties or other undergarments for any TDCJ offenders. Both expressed agreement/understanding. Just wanted you to be aware.

Thank you

J Penn

Joseph V Penn MD CCHP FAPA
Director, Mental Health Services
UTMB Correctional Managed Care
Clinical Professor
UTMB Department of Psychiatry

UTMB Correctional Managed Care
200 River Pointe Drive, Suite 200
Conroe, Texas 77304
Office: (936) 494-4183
Fax:  (936) 494-4194
Email: jopenn@utmb.edu

All communications fall under the protection and limitations of the UTMB confidentiality policy, and other protective statutes, pursuant to V.T.C.A., Occupations Code 303.006 or 160.007 or V.T.C.A., Health and Safety Code 161.032. The content of this message is deemed confidential. If you are not the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

**From:** Penn, Joseph
**Sent:** Tuesday, June 05, 2018 1:59 PM
**To:** Meyer, Walter J.; Gordon, Jesse
**Cc:** Coates, Kelly; Campbell, Tonya C.; Webster, Sharon D.
**Subject:** Brief Summary of our Meeting today
**Importance:** High

Thank you for meeting with Kelly Coates and me today.

By way of review, we discussed the following main issues/topics:

   1)   Bras and undergarments:



EXHIBIT 30

TDCJ0000226

   a. We are in the process of developing/revising our GD templates in the PEARL EMR. To standardize language and reduce confusion (and minimize the need for additional free hand documentation) we will work on including a check off box with standardized language that will clearly indicate that the UTMB CMC or Texas Tech unit medical provider will be the one who orders bra pass for certain identified patients (with sufficient breast tissue that would require a sports bra/training bra in the free world).
   b. Under current TDCJ policies/practices, no panties or other undergarments are deemed as being medically necessary, or to be recommended or ordered. We should avoid any language in our evaluations/notes regarding anxiety or distress related to an inability to have undergarments or suggest that relief of emotional distress or symptoms could be addressed by providing undergarments, hair removal/extension products, or make-up, or similar items.

2) Transition plan: we discussed the current onboarding of Dr. Gordon and anticipated transition from Dr. Walter Meyer to Dr. Jesse Gordon effective 9/1/18. We are very appreciative that Dr. Meyer has agreed to be available in the future (if needed) for consultations or second opinions, or for future clinical guidance.

3) Anticipated future time off: we discussed that it would be ideal if Dr. Gordon could let Marjorie Kovacevich, Brittany McLean, and myself know of any upcoming anticipated time off/conferences and the like in advance to optimize clinic schedules.

I hope this summarizes our meeting today. Please reach me if corrections/edits are needed or any questions or concerns

Thank you

J Penn

Joseph V Penn MD CCHP FAPA
Director, Mental Health Services
UTMB Correctional Managed Care
Clinical Professor
UTMB Department of Psychiatry

UTMB Correctional Managed Care
200 River Pointe Drive, Suite 200
Conroe, Texas 77304
Office: (936) 494-4183
Fax:  (936) 494-4194
Email: jopenn@utmb.edu

All communications fall under the protection and limitations of the UTMB confidentiality policy, and other protective statutes, pursuant to V.T.C.A., Occupations Code 303.006 or 160.007 or V.T.C.A., Health and Safety Code 161.032. The content of this message is deemed confidential. If you are not the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.