# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALLEN HAVERKAMP, ALSO KNOWN AS BOBBIE LEE HAVERKAMP, | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION 2:17-cv-00018 |
| v. | § § | |
| LANNETTE LINTHICUM, ET AL., | § § § | |
| *Defendants.* | § | |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE DREW B. TIPTON:

Plaintiff files this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Southern District of Texas, Corpus Christi Division, appealing the following judgments and orders:

1. The Final Judgment (Dkt. No. 350) entered on September 23, 2024.

2. The Memorandum Opinion and Order (Dkt. No. 349), entered on September 23, 2024, granting Defendants' Motion for Judgment on the Pleadings and denying as moot Defendants' Motion for Summary Judgment and dismissing the case.

The September 23, 2024 Final Judgment disposed of all claims and constituted a final judgment making all orders subject to appeal.

Date: October 23, 2024

Respectfully submitted,

/s/ *Ace M. Factor*
Ace M. Factor
State Bar No. 24118923
Southern District ID No. 3707964
Chanler A. Langham

2

        State Bar No. 24053314
        Southern District ID No. 659756
        Susman Godfrey L.L.P.
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002-5096
        Telephone: (713) 653-7826
        Fax: (713) 654-6666

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 23, 2024, a true and correct copy of this document was served on counsel of record via the Court's electronic filing system.

        /s/ *Ace M. Factor*
        Ace M. Factor